# Exhibit A

# OUTDOOR SPORTSMAN GROUP INC. MASTERFILE
# Mailing List

Formerly known as: Intermedia Outdoors Inc. Group Masterfile. A combined and unduplicated masterfile of active subscribers of Outdoor Sportsman Group Inc. 15 outdoor titles, which are Bowhunter, Bowhunting, Florida Sportsman, Fly Fisherman, Game & Fish, Gun Dog, Guns and Ammo, Handguns, Hunting, In-Fisherman, North American Whitetail, Rifleshooter, Shooting Times, Shotgun News, and Wildfowl. This group of enthusiasts is interested in technique, equipment, instruction, and such related activities pertaining to their love of the outdoors. These sportsmen prove their dedication through their considerable expenditure of time and money in pursuit of their chosen outdoor activity whether it be hunting or fishing.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | | COUNTS THROUGH 03/31/2021 |
|---|---|---|
| 798,422 | TOTAL UNIVERSE / BASE RATE | $100.00/M |
| 77,485 | 1 MONTH HOTLINE | + $21.00/M |
| 277,180 | 3 MONTH HOTLINE | + $16.00/M |
| 423,166 | 6 MONTH HOTLINE | + $11.00/M |
| 798,422 | ACTIVE SUBSCRIBERS | $100.00/M |
| 198,982 | 12 MONTH EXPIRES | $75.00/M |
| 7,708 | CANADIAN SUBSCRIBERS | $115.00/M |
| | NON-RECIPROCAL | + $25.00/M |
| | NON-ENDEMIC CATALOG | $85.00/M |
| | FUNDRAISER | $85.00/M |
| | COUNTS THRU 03/31/2021 | |

| POPULARITY: | ●●●●● 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | 📧 |
| SOURCE: | 100% DIRECT MAIL |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA / CANADA |
| GENDER: | 14% FEMALE 86% MALE |

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $21.00/M |
| 3 MONTH HOTLINE | $16.00/M |
| 6 MONTH HOTLINE | $11.00/M |
| ACTIVE SUBSCRIBERS | |
| AGE | $11.00/M |
| AREA OF INTEREST | $16.00/M |
| CANADIAN | |
| CHANGE OF ADDRESS | $11.00/M |
| CONTRIBUTORS/DONORS | $11.00/M |
| CREDIT CARDS | $11.00/M |
| FOREIGN/INTERNATIONAL | |
| FORMER/EXPIRED SUBS | |
| GENDER/SEX | $11.00/M |
| HOME BUSINESS/SOHO | $16.00/M |
| HOME OWNER | $11.00/M |
| HUNTING AND/OR FISHING LICENSES | $10.00/M |
| INCOME SELECT | $11.00/M |
| LIFESTYLE | $16.00/M |
| MAIL ORDER BUYERS | $11.00/M |
| MARITAL STATUS | $11.00/M |
| OCCUPATION | $11.00/M |

## DESCRIPTION

(FORMERLY: Primedia Outdoors Inc Group Master File

InterMedia Outdoors Inc. Group Masterfile)

A combined and unduplicated masterfile of active subscribers of Outdoor Sportsman Group Inc. 15 outdoor titles, which are Bowhunter, Bowhunting, Florida Sportsman, Fly Fisherman, Game & Fish, Gun Dog, Guns and Ammo, Handguns, Hunting, In- Fisherman, North American Whitetail, Rifleshooter, Shooting Times, Firearms News, and Wildfowl. This group of enthusiasts is interested in technique,