# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OUTDOOR SPORTSMAN GROUP, INC.,<br><br>Defendant. | Case No. 1:21-cv-11404-TLL-PTM<br><br>Hon. Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris |

## NOTICE OF APPEARANCE

Sharon S. Almonrode of The Miller Law Firm, P.C., hereby enters her Appearance in the above matter on behalf of Plaintiffs.

Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

By: */s/ Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
950 W. University Drive, Suite 300
Rochester, MI  48307
Telephone: (248) 841-2200
E-mail:  ssa@millerlawpc.com

Dated:  June 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I electronically filed the foregoing papers using the ECF system which will send electronic notices of same to all counsel of record.

                                      Respectfully submitted,

                                      By: */s/ Sharon S. Almonrode*
                                      Sharon S. Almonrode (P33938)
                                      THE MILLER LAW FIRM, P.C.
                                      950 W. University Drive, Suite 300
                                      Rochester, MI  48307
                                      Telephone: (248) 841-2200
                                      E-mail:  ssa@millerlawpc.com