## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OUTDOOR SPORTSMAN GROUP, INC.,<br><br>Defendant. | Case No. 1:21-cv-11404-TLL-PTM<br><br>Hon. Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris |

## NOTICE OF APPEARANCE

Dennis A. Lienhardt of The Miller Law Firm, P.C., hereby enters his Appearance in the above matter on behalf of Plaintiffs.

                                              Respectfully submitted,

                                              **THE MILLER LAW FIRM, P.C.**

                                              By: */s/ Dennis A. Lienhardt*
                                              Dennis A. Lienhardt (P81118)
                                              950 W. University Drive, Suite 300
                                              Rochester, MI  48307
                                              Telephone: (248) 841-2200
                                              E-mail:  dal@millerlawpc.com

Dated:  June 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I electronically filed the foregoing papers using the ECF system which will send electronic notices of same to all counsel of record.

Respectfully submitted,

By: */s/ Dennis A. Lienhardt*
Dennis A. Lienhardt (P81118)
950 W. University Drive, Suite 300
Rochester, MI  48307
Telephone: (248) 841-2200
E-mail:  dal@millerlawpc.com