# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OUTDOOR SPORTSMAN GROUP, INC.,<br><br>Defendant. | Case No. 1:21-cv-11404-TLL-PTM<br><br>Hon. Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris |

## NOTICE OF APPEARANCE

William Kalas of The Miller Law Firm, P.C., hereby enters his Appearance in the above matter on behalf of Plaintiffs.

        Respectfully submitted,

        **THE MILLER LAW FIRM, P.C.**

        By: */s/ William Kalas*
        William Kalas (P82113)
        950 W. University Drive, Suite 300
        Rochester, MI  48307
        Telephone: (248) 841-2200
        E-mail:  wk@millerlawpc.com

Dated:  June 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I electronically filed the foregoing papers using the ECF system which will send electronic notices of same to all counsel of record.

Respectfully submitted,

By: */s/ William Kalas*
William Kalas (P82113)
950 W. University Drive, Suite 300
Rochester, MI  48307
Telephone: (248) 841-2200
E-mail:  wk@millerlawpc.com