UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

RICHARD PRATT and LARRY
JONES, individually, and on behalf of
all others similarly situated,

      Plaintiffs,

  v.

OUTDOOR SPORTSMAN GROUP,
INC.,

      Defendant.

Case No. 21-11404

---

## APPEARANCE OF CHRISTOPHER BURTLEY

Christopher Burtley of Barnes & Thornburg, LLP enters his appearance for Defendant Outdoor Sportsman Group, Inc. in the above captioned matter

Dated: June 25, 2021

                                              Respectfully submitted,

                                              /s/ Christopher Burtley
                                              Christopher Burtley (P80203)
                                              BARNES & THORNBURG LLP
                                              3000 Town Center, Suite 2440
                                              Southfield, MI 48075
                                              (947) 215-1320
                                              cburtley@btlaw.com
                                              Counsel for Defendant

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel for all parties that have appeared in the case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher Burtley
Christopher Burtley (P80203)
*Attorney for Defendant*

-2-