UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

RICHARD PRATT and LARRY
JONES, individually, and on behalf of
all others similarly situated,

Case No. 21-11404

Plaintiffs,

v.

OUTDOOR SPORTSMAN GROUP,
INC.,

Defendant.

---

## APPEARANCE OF JENNIFER STOCKER

Jennifer Stocker of Barnes & Thornburg, LLP enters her appearance for

Defendant Outdoor Sportsman Group, Inc. in the above captioned matter

Dated:  June 25, 2021

Respectfully submitted,

/s/ Jennifer Stocker
Jennifer Stocker (P60625)
BARNES & THORNBURG LLP
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, MI 49503
(616) 742-3932
jstocker@btlaw.com
Counsel for Defendant

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2021, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to counsel for all parties that have appeared in the case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jennifer Stocker
Jennifer Stocker (P60625)
*Attorney for Defendant*