UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRAT and LARRY )
JONES. Individually and on )
behalf of all others similarly situated, )
)
      Plaintiffs, )
    v. )    Case No.  1:21-cv-11404-TLL-PTM
)
OUTDOOR SPORTSMAN )
GROUP INC., )
)
      Defendant. )

## **STIPULATION AND ORDER**

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court that:

1.     On June 25, 2021 the parties agreed to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's complaint to August 9, 2021.

2.     The new deadline for Defendant to answer or otherwise respond to Plaintiff's complaint is August 9, 2021.

3.     The parties seek to document this extension via this Stipulation and Order.

Respectfully Submitted,

/s/ Sharon S. Almonrode (w/consent)
E. Powell Miller (P39487)
Sharon S. Almonrode (P81118)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
**THE MILLER LAW FIRM, P.C.**
950 W. Univeristy Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Attorneys for Plaintiffs and the Putative Class*

Dated: July 13, 2021

Respectfully Submitted,

/s/ Christopher V. Burtley
Jennifer Stocker (P60625)
**BARNES & THORNBURG LLP**
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, MI 49503
(616) 742-3932
jstocker@btlaw.com
Telephone:   (317) 236-1313
Facsimile:    (317) 231-7433

Christopher V. Burtley (P80203)
**BARNES & THORNBURG LLP**
3000 Town Center, Suite 2440
Southfield, MI 48075
Telephone: (947) 215-1323
Facsimile: (947) 215-1399
Christopher.burtley@btlaw.com

*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

Dated: July 13, 2021                                     s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge