# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

vs.

OUTDOOR SPORTSMAN GROUP, INC.,

    Defendant.

Case No. 21-cv-11404-TLL-PTM

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Anthony C. Sallah, hereby enters his Appearance as counsel for Defendant Outdoor Sportsman Group, Inc., in the above-captioned proceeding.

Dated: July 14, 2021

Respectfully submitted,

BARNES & THORNBURG LLP

*/s/ Anthony C. Sallah*
Anthony C. Sallah (P84136)
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503
T: (616) 742-3976
F: (616) 742-3999
asallah@btlaw.com
*Attorney for Defendant Outdoor Sportsman Group, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 14, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's filing system.

                                                    */s/ Anthony C. Sallah*
                                                    Anthony C. Sallah (P84136)
                                                    *Attorney for Defendant Outdoor Sportsman Group, Inc.*