# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and on behalf of all others
similarly situated,

        Case No. 21-cv-11404-TLL-PTM

    Plaintiffs,

v.

OUTDOOR SPORTSMAN GROUP, INC.,

    Defendant.

## STIPULATION AND ORDER

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court that:

1. On July 13, 2021, the Court entered an Order by stipulation of the parties extending the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint to August 9, 2021.

2. Plaintiff and Defendant have agreed that Defendant may have an additional thirty (30) days, up to and including September 8, 2021, to answer or otherwise respond to Plaintiff's Complaint.

3.      The parties seek to document this extension via this Stipulation and Order and respectfully request that the Court enter the attached Order consistent with the Stipulation.

| Respectfully submitted, | Respectfully submitted |
|---|---|
| /s/ Sharon S. Almonrode (w/ consent) | /s/ Anthony C. Sallah |
| E. Powell Miller (P39487) | Jennifer Stocker (P60625) |
| Sharon S. Almonrode (P81118) | Anthony C. Sallah (P84136) |
| Dennis A. Lenhardt (P81118) | **BARNES & THORNBURG LLP** |
| William Kalas (P82113) | 171 Monroe Avenue N.W., Suite 1000 |
| **THE MILLER LAW FIRM, P.C.** | Grand Rapids, MI 49503 |
| 950 W. University Drive, Suite 300 | (616) 742-3932 |
| Rochester, MI 48307 | jstocker@btlaw.com |
| Tel: 248-841-2200 | asallah@btlaw.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | Todd G. Vare |
| dal@millerlawpc.com | **BARNES & THORNBURG LLP** |
| wk@millerlawpc.com | 11 South Meridian Street |
| | Indianapolis, Indiana 46204 |
| Joseph I. Marchese | T: (317) 231-7735 |
| Philip L. Fraietta | F: (317) 231-7433 |
| **BURSOR & FISHER, P.A.** | tvare@btlaw.com |
| 888 Seventh Avenue | |
| New York, New York 10019 | *Attorneys for Defendant* |
| T: 646.837.7150; F: 212.989.9163 | |
| jmarchese@bursor.com | |
| pfraietta@bursor.com | |
| | |
| Frank S. Hedin | |
| David W. Hall | |
| **HEDIN HALL LLP** | |
| 1395 Brickell Avenue, Suite 1140 | |
| Miami, Florida 33131 | |
| T: 305.357.2107; F: 305.200.8801 | |
| fhedin@hedinhall.com | |
| dhall@hedinhall.com | |
| *Attorneys for Plaintiffs and the Putative Class* | |

## **ORDER**

IT IS SO ORDERED.

Dated: August 6, 2021                                s/Thomas L. Ludington
                                                                 THOMAS L. LUDINGTON
                                                                 United States District Judge