**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, on behalf of themselves and all others similarly situated, | Case No.: 1:21-cv-11404-TLL-PTM |
|                Plaintiffs, | |
| v. | |
| OUTDOOR SPORTSMAN GROUP, INC., | |
|                Defendant. | |

## NOTICE OF APPEARANCE

Philip L. Fraietta of Bursor & Fisher, P.A., hereby enters his Appearance in the above matter on behalf of Plaintiffs.

Dated: August 9, 2021.

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ Philip L. Fraietta

Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
888 Seventh Ave, 3rd Floor
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  pfraietta@bursor.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Philip L. Fraietta*