UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and on behalf of all others similarly
situated,

     Plaintiffs,

v.

OUTDOOR SPORTSMAN GROUP, INC.,

     Defendant.

_____/

Case No. 1:21-cv-11404

Honorable Thomas L. Ludington

### STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION

Richard Pratt and Larry Jones ("Plaintiffs") and Outdoor Sportsman Group, Inc. ("Defendant," and each, a "Party", and together, the "Parties") state as follows:

WHEREAS, Plaintiffs filed this action on June 15, 2021 (ECF No. 1);

WHEREAS, pursuant to stipulation, Defendant's time to answer or otherwise respond to Plaintiff's Complaint is presently due September 8, 2021 (ECF Nos. 8, 11);

WHEREAS, the Parties wish to pursue the possible resolution of this action through private mediation;

WHEREAS, the Parties believe judicial economy and the interests of the Parties would be served by a stay of the action while the Parties pursue mediation;

WHEREAS, the Parties have agreed to participate in a private mediation on October 28, 2021, with The Honorable Wayne R. Andersen (Ret.) of JAMS Chicago. ;

WHEREAS, the Parties, by and through their respective counsel of record, stipulate to an Order to stay this action pending mediation. The Parties shall file a joint status report to inform

1

the Court within 5 business days of the resolution of this dispute through mediation, or the failure of mediation and need to return to litigation before this Court ("Joint Status Report"). If the Parties fail to resolve this dispute through mediation, the Parties agree and stipulate that Defendant will answer or respond to the Complaint within 14 days following the filing of the Joint Status Report.

Accordingly, it is **ORDERED** that this action is stayed for all purposes pending mediation and the filing of the Joint Status Report herein described so that the Parties may attempt to resolve this action through mediation.

**STIPULATED**:

/s Philip L. Fraietta

Joseph I. Marchese
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
T: 646.837.7150
F: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P81118)
Dennis A. Lenhardt (P81118)
William Kalas (P82113)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

/s/ Anthony C. Sallah

Jennifer Stocker (P60625)
Anthony C. Sallah (P84136)
BARNES & THORNBURG LLP
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, MI 49503
(616) 742-3932
jstocker@btlaw.com
asallah@btlaw.com

Todd G. Vare
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
T: (317) 231-7735
F: (317) 231-7433
tvare@btlaw.com

*Attorneys for Defendant*

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
T: 305.357.2107
F: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Attorneys for Plaintiffs and the Putative Class*

## ORDER

It is so **ORDERED**.

Dated: September 13, 2021                               s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge