UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICHARD PRATT and LARRY JONES,
individually and on behalf of all others
similarly situated,

                  Plaintiffs,

v.

OUTDOOR SPORTSMAN GROUP, INC.,

                  Defendant.

Case No. 1:21-cv-11404-TLL-PTM

CLASS ACTION

Hon. Thomas L. Ludington

**JOINT STATUS REPORT**

Pursuant to the Court's September 13, 2021 Order (ECF No. 13) (the "Order"), Richard Pratt and Larry Jones ("Plaintiffs"), and Outdoor Sportsman Group, Inc. ("Defendant," and each, a "Party", and together, the "Parties") jointly report as follows:

1.    On October 28, 2021, the Parties participated in a mediation session with The Honorable Wayne R. Andersen (Ret.) of JAMS Chicago.

2.    While the Parties approached the mediation in good faith, they were unable to reach an agreement to resolve this matter and thus need to return to litigation before the Court. The Parties, however, will continue efforts to reach a resolution of this matter, including through Judge Andersen if appropriate.

3.    Accordingly, pursuant to the Order, Defendant will answer or otherwise respond to the Complaint on or before November 18, 2021.

Dated:  November 4, 2021November 4, 2021

/s Philip L. Fraietta

Joseph I. Marchese
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.

/s Jennifer Stocker

Jennifer Stocker (P60625)
Anthony C. Sallah (P84136)
BARNES & THORNBURG LLP

1

2

888 Seventh Avenue
New York, New York 10019
T: 646.837.7150
F: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P81118)
Dennis A. Lenhardt (P81118)
William Kalas (P82113)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
T: 305.357.2107
F: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Attorneys for Plaintiffs and the Putative Class*

171 Monroe Avenue N.W., Suite 1000
Grand Rapids, MI 49503
(616) 742-3932
jstocker@btlaw.com
asallah@btlaw.com

Todd G. Vare
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
T: (317) 231-7735
F: (317) 231-7433
tvare@btlaw.com

*Attorneys for Defendant*