UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Pratt, et al.,

                Plaintiff(s),

v.                                            Case No. 1:21–cv–11404–TLL–PTM
                                               Hon. Thomas L. Ludington

Outdoor Sportsman Group, Inc.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.  The following motion(s) are scheduled for hearing:

      Motion to Dismiss – #17

- MOTION HEARING:  February 9, 2022 at 03:00 PM

    **ADDITIONAL INFORMATION:**   In–Person Oral Argument may be Cancelled if the Court will be Ruling by Written Opinion.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/K Winslow
                                                 Case Manager

Dated:  November 30, 2021