UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

RICHARD PRATT and LARRY JONES,
individually and on behalf of all others similarly
situated,

Case No. 21-cv-11404-TLL-PTM

      Plaintiffs,

v.

OUTDOOR SPORTSMAN GROUP, INC.,

      Defendant.

---

**STIPULATION AND ORDER**

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by this Court, that:

1.      On November 22, 2021, this Court entered an Order by Stipulation of the parties setting a briefing schedule on Defendant's Motion to Dismiss Plaintiff's Complaint. (ECF No. 15).

2.      This Court Ordered Defendant's Motion to Dismiss to be filed by no later than November 24, 2021, and Plaintiff's response to be filed by no later than December 23, 2021.

3.      Defendant filed its Motion to Dismiss on November 24, 2021. (ECF No. 17).

4.      Pursuant to this Court's briefing schedule, Plaintiff's response is due to be filed by no later than December 23, 2021.

5.      Pursuant to Local Rule 7.1(e)(2)(B), Defendant's reply brief in support of its Motion to Dismiss is due to be filed by no later than January 6, 2022.

6.      In light of the intervening holidays and the schedule of counsel, the parties stipulate and agree that Defendant may have an additional four (4) days, up to and including **January 10, 2022**, in which to file its reply brief in support of its Motion to Dismiss.

7.      The parties seek to document this extension to this Court's briefing schedule on Defendant's Motion to Dismiss via this Stipulation and Order and respectfully request that this Court enter the attached Order consistent with the Stipulation.

- 2 -

Respectfully submitted,

/s/ Philip L. Fraietta (w/ consent)
Joseph I. Marchese
Philip L. Fraietta
**BURSOR** & **FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
T: 646.837.7150; F: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P81118)
Dennis A. Lenhardt (P81118)
William Kalas (P82113)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Frank S. Hedin
David W. Hall
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
T: 305.357.2107; F: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com
*Attorneys for Plaintiffs and the Putative Class*

Respectfully submitted,

/s/ Anthony C. Sallah
Jennifer Stocker (P60625)
Anthony C. Sallah (P84136)
**BARNES** & **THORNBURG LLP**
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, MI 49503
(616) 742-3932
jstocker@btlaw.com
asallah@btlaw.com

Todd G. Vare
**BARNES** & **THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
T: (317) 231-7735
F: (317) 231-7433
tvare@btlaw.com

*Attorneys for Defendant*

**IT IS SO ORDERED**.

Dated: December 22, 2021

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge