UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and
on behalf of all others similarly situated,

        Plaintiffs,        Case No. 1:21-cv-11404

v.        Honorable Thomas L. Ludington
        United States District Judge

OUTDOOR SPORTSMAN GROUP, INC.,

        Defendant.
_____/

**ORDER AMENDING CASE CAPTION**

On June 15, 2021, Plaintiff filed a complaint alleging Defendant violated the Michigan Video Rental Privacy Act (MVRPA). *See* ECF No. 1. On November 24, 2021, Defendant filed a motion to dismiss. *See* ECF No. 17. In its motion to dismiss, Defendant, sued as Outdoor Sportsman Group, Inc., indicated that its legal name is "KSE Sportsman Media, Inc.," and that it does business as "Outdoor Sportsman Group, Inc." *Id.* at PageID.576 & n.1. This Court may amend the case caption to reflect the parties' proper names. *See Bullard v. Hass*, No. 15-CV-12370, 2016 WL 8731788, at *1 n.1 (E.D. Mich. June 10, 2016) (amending case caption *sua sponte*).

Accordingly, it is **ORDERED** that the Clerk of the Court is **DIRECTED** to amend the case caption to reflect that the Defendant's name is "KSE Sportsman Media, Inc. d/b/a Outdoor Sportsman Group, Inc."

Dated: January 25, 2022        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge