UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICHARD PRATT and LARRY JONES,

          Plaintiff(s),           Case No. 21-cv-11404-TLL-PTM

v.           Thomas L. Ludington

KSE SPORTSMAN MEDIA, INC. D/B/A           Patricia T. Morris
OUTDOOR SPORTSMAN GROUP,

          Defendant(s).
_____/

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

    Pursuant to E. D. Mich. LR 83.4, KSE SPORTSMAN MEDIA, INC. D/B/A OUTDOOR SPORTSMAN GROUP

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [ ]     No [X]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]     No [X]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: March 2, 2022           /s/ Anthony C. Sallah

          Anthony C. Sallah
          Barnes & Thornburg LLP
          171 Monroe Avenue NW, Suite 1000
          Grand Rapids, MI 49503
          616-742-3932
          Attorneys for Defendant