## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and on behalf of all others
similarly situated,                                  Case No. 21-cv-11404-TLL-PTM

      Plaintiffs,

vs.

KSE SPORTSMAN MEDIA, INC. D/B/A
OUTDOOR SPORTSMAN GROUP,

      Defendant.

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned counsel, Joseph Wendt, enters

his Appearance as additional counsel for Defendant KSE Sportsman Media, Inc.

d/b/a Outdoor Sportsman Group, Inc., in the above-captioned proceeding.

Dated: March 14, 2022        Respectfully submitted,

        */s/ T. Joseph Wendt*
        T. Joseph Wendt
        **BARNES & THORNBURG LLP**
        11 South Meridian Street
        Indianapolis, Indiana 46204
        T: (317) 231-7748
        F: (317) 231-7433
        joseph.wendt@btlaw.com
        *Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 14, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's filing system.

*/s/ T. Joseph Wendt*
T. Joseph Wendt
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
T: (317) 231-7748
F: (317) 231-7433
joseph.wendt@btlaw.com
*Attorney for Defendant*

2