UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Pratt, et al.,

                Plaintiff(s),

v.                                          Case No. 1:21-cv-11404-TLL-PTM
                                               Hon. Thomas L. Ludington

Outdoor Sportsman Group, Inc.,
et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Thomas L. Ludington as follows:

- SCHEDULING CONFERENCE: April 19, 2022 at 03:00 PM

The conference shall be initiated by Counsel to Use Call-In Number Provided In a Separate Email..

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/K Winslow
                                                         Case Manager

Dated: March 23, 2022