UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and,<br>LARRY JONES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>KSE SPORTSMAN MEDIA, INC.,<br>d/b/a OUTDOOR SPORTSMAN GROUP,<br><br>    Defendant. | Case No.: 21-cv-11404-TLL-PTM<br><br>Honorable Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

## APPEARANCE

Jonathan E. Lauderbach enters his appearance on behalf of Defendant, KSE Sportsman Media, Inc. d/b/a Outdoor Sportsman Group, in the above-entitled action.

| | |
|---|---|
| Dated:  May 12, 2022 | /s/Jonathan E. Lauderbach<br>Jonathan E. Lauderbach (P51313)<br>WARNER NORCROSS + JUDD LLP<br>715 East Main Street, Suite 110<br>Midland, MI  48640<br>(989) 698-3701<br>jlauderbach@wnj.com<br><br>*Attorneys for Defendant* |

26547837

## **CERTIFICATE OF SERVICE**

Jonathan E. Lauderbach states that on May 12, 2022, he did serve a copy of this Appearance via United States District Court electronic transmission.

Dated: May 12, 2022                                     */s/Jonathan E. Lauderbach*