# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

KSE SPORTSMAN MEDIA, INC. D/B/A OUTDOOR SPORTSMAN GROUP,

    Defendant.

Case No. 21-cv-11404-TLL-PTM

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to E.D. Mich. LR 83.25(b), Barnes & Thornburg LLP attorneys Todd Vare, T. Joseph Wendt, Jennifer J. Stocker, Anthony C. Sallah, and Christopher V. Burtley respectfully move for entry of an order permitting their withdrawal as counsel for Defendant in this action. Defendant will be represented in this action by Jonathan E. Lauderbach of Warner Norcross + Judd LLP, who has already entered an appearance. (DE 31). Defendant has consented to Barnes & Thornburg LLP's withdrawal as counsel on behalf of Defendant and will not be prejudiced by the withdrawal of Barnes & Thornburg LLP.

Furthermore, undersigned counsel certifies that on May 17, 2022, they communicated in writing with Plaintiffs' counsel explaining the nature of the relief to be sought by way of this motion and seeking concurrence in the relief. Plaintiffs' counsel represented that Plaintiffs do not oppose the instant Motion.

WHEREFORE, undersigned attorneys respectfully request that the Court enter an order permitting their withdrawal as counsel for Defendant in this action.

Dated: May 18, 2022                               Respectfully submitted,

/s/ Anthony C. Sallah
Jennifer J. Stocker (P60625)
Anthony C. Sallah (P84136)
**BARNES & THORNBURG LLP**
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, MI 49503
T: (616) 742-3930: F: 616-742-3999
jstocker@btlaw.com
asallah@btlaw.com

Todd G. Vare
T. Joseph Wendt
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
T: (317) 231-7735; F: (317) 231-7433
tvare@btlaw.com
jwendt@btlaw.com

Christopher Burtley (P80203)
**BARNES & THORNBURG LLP**
3000 Town Center, Suite 2440
Southfield, MI 48075
T: (947) 215-1320
cburtley@btlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's filing system.

                                          */s/ Anthony C. Sallah*
                                          Anthony C. Sallah