UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and
on behalf of all others similarly situated,

                Plaintiffs,

v.

KSE SPORTSMAN MEDIA, INC., d/b/a
OUTDOOR SPORTSMAN GROUP, INC.,

                Defendant.

_____/

Case No. 1:21-cv-11404

Honorable Thomas L. Ludington
United States District Judge

**ORDER GRANTING MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

Barnes & Thornburg LLP attorneys Todd Vare, T. Joseph Wendt, Jennifer J. Stocker, Anthony C. Sallah, and Christopher V. Burtley have filed a motion to withdraw as Defendant's counsel. ECF No. 32. According to the Motion, Defendant has consented to Barnes & Thornburg LLP's withdrawal as counsel on behalf of Defendant and will not be prejudiced by the withdrawal of Barnes & Thornburg LLP. *Id.* at PageID.720. Further, Defendant will be represented in this action by Jonathan E. Lauderbach of Warner Norcross + Judd LLP, who has already entered an appearance. *See* ECF No. 31. For those reasons, the Motion will be granted.

Accordingly, it is **ORDERED** that Defendant's Motion to Withdraw, ECF No. 32, is **GRANTED**.

Further, it is **ORDERED** that Barnes & Thornburg LLP attorneys Todd Vare, T. Joseph Wendt, Jennifer J. Stocker, Anthony C. Sallah, and Christopher V. Burtley are **WITHDRAWN** as counsel for Defendant.

Dated: May 19, 2022

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge