# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KSE SPORTSMAN MEDIA, INC., d/b/a OUTDOOR SPORTSMAN GROUP, INC.,<br><br>Defendant. | Case No. 21-cv-11404-TLL-PTM<br><br>Honorable Thomas L. Ludington<br><br>Honorable Patricia T. Morris |

## NOTICE OF APPEARANCE

Mary Quinn Cooper enters her appearance on behalf of Defendant KSE Sportsman Media, Inc. d/b/a Outdoor Sportsman Group, in the above-entitled action.

DATED: June 1, 2022

                                                Mary Quinn Cooper
                                                Mary Quinn Cooper, OBA #11966
                                                MCAFEE & TAFT, P.C.
                                                Williams Center Tower II
                                                Two West Second Street, Suite 1100
                                                Tulsa, Oklahoma 74103
                                                918/587-0000
                                                918/599-9317 (FAX)
                                                maryquinn.cooper@mcafeetaft.com
                                                Attorneys for Defendant

## CERTIFICATE OF SERVICE

Mary Quinn Cooper states that on June 1, 2022, she did serve a copy of this Notice of Appearance via United States District Court electronic transmission.

s/ Mary Quinn Cooper