IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
MICHIGAN NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KSE SPORTSMAN MEDIA, INC., d/b/a OUTDOOR SPORTSMAN GROUP, INC.,<br><br>Defendant. | Case No. 21-cv-11404-TLL-PTM<br><br>Honorable Thomas L. Ludington<br><br>Honorable Patricia T. Morris |

## NOTICE OF APPEARANCE

Katie G. Crane enters her appearance on behalf of Defendant KSE Sportsman Media, Inc. d/b/a Outdoor Sportsman Group, in the above-entitled action.

DATED: June 1, 2022

                                             <u>Katie G. Crane</u>
                                             Katie G. Crane, OBA #34575
                                             MCAFEE & TAFT, P.C.
                                             Williams Center Tower II
                                             Two West Second Street, Suite 1100
                                             Tulsa, Oklahoma 74103
                                             918/587-0000
                                             918/599-9317 (FAX)
                                             <u>katie.crane@mcafeetaft.com</u>
                                             Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

Katie G. Crane states that on June 1, 2022, she did serve a copy of this Notice of Appearance via United States District Court electronic transmission.

s/ Katie G. Crane