## INDEX OF EXHIBITS

1 - Filed under seal

2 - Filed under seal

3 - Filed under seal