## INDEX OF EXHIBITS

| | |
|---|---|
| Ex. A | Declaration of Philip L. Fraietta in Support of Plaintiffs' Motion to Compel |
| Ex. B | *Edwards v. Hearst Communications, Inc.*, 10/26/17 Hearing Tr.; 1:15-cv-09279, ECF No. 261 |
| Ex. C | *Edwards v. Hearst Communications, Inc.*, 1:15-cv-09279, ECF 40 |