UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Richard Pratt, et al.,

                          Plaintiff(s),

v.                                                    Case No. 1:21–cv–11404–TLL–PTM
                                                      Hon. Thomas L. Ludington

Outdoor Sportsman Group, Inc.,
et al.,

                          Defendant(s),

_____

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Patricia
T. Morris for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

             Motion to Seal – #38
             Motion to Compel – #40
             Sealed Motion – #41


                                   s/Thomas L. Ludington
                                   Thomas L. Ludington
                                   United States District Judge


### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties
and/or counsel of record herein by electronic means or first class U.S. mail.


                                   s/K Winslow
                                   Case Manager


Dated:   August 8, 2022