# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KSE SPORTSMAN MEDIA, INC., d/b/a OUTDOOR SPORTSMAN GROUP, INC.,<br><br>Defendant. | Case No. 21-cv-11404-TLL-PTM<br>Honorable Thomas L. Ludington<br>Honorable Patricia T. Morris |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Excerpted Amended Complaint, ECF No. 17, in *Batts v. Gannet Co.,* 22-CV-10685 (E.D. Mich.) |
| 2 | Excerpted Amended Complaint, ECF No. 32, in *Ulsh et al. v. Farm Journal Inc., d/b/a Farm Journal Media,* 21-CV-11811 (E.D. Mich.) |
| 3 | Final Judgment and Order of Dismissal with Prejudice, ECF No. 54, in *Raden et al. v. Martha Stewart Living Omnimedia, Inc.,* 16-CV-12808 (E.D. Mich.) |
| 4 | Enrolled Senate Bill No. 490, Amendment to the PPPA |
| 5 | Mastheads from *Guns & Ammo* magazine, June 2015 – July 2016 (highlighting added) |
| 6 | Mastheads from *RifleShooter* magazine, May/June 2015 – July/August 2016 (highlighting added) |
| 7 | Mastheads from *Handguns* magazine, June/July 2015 – June/July 2016 (highlighting added) |