# Exhibit 5

Mastheads from *Guns & Ammo* magazine,
June 2015 – July 2016 (highlighting added)



4  G&A  JUNE 2015

# GUNS&AMMO
gunsandammo.com
An InterMedia Outdoors publication
PUBLISHER Chris Agnes

**EDITORIAL**
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ART DIRECTOR Michael Ulrich
GROUP ART DIRECTOR David Kleckner
CHIEF COPY EDITOR Kimberly Pelletier-Dolbee
GUEST COPY EDITOR Michael Brecklin
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney
ONLINE EDITOR Dusty Gibson

**CONTRIBUTORS**
Tom Beckstrand, Richard King, Kyle Lamb, Lukas Lamb,
Richard Mann, Philip Massaro, Richard Nance,
Braxton Lee Petty, Alfredo Rico,
Jeremy Stafford, Sean Utley, Len Waldron

PRODUCTION COORDINATOR Elizabeth Carey

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 327-3610
WESTERN REGION
Hutch Looney (818) 990-9000
WEST REGION
Pat Bartee (402) 463-4589
SOUTHWEST REGION
Michael Garrison (309) 679-5054
MIDWEST REGION
Rob Walker (309) 679-5069
EAST REGION
Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

**CORPORATE AD SALES**
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

**InterMedia Outdoors, Inc.**
1040 6th Ave., 12th Floor, New York, NY 10018-3703
Attn: Privacy Coordinator

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: Guns & Ammo, Editor, 2 News Plaza, Peoria, IL 61614.

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

# Outdoors

CHIEF EXECUTIVE OFFICER Jeff Paro

EVP, GROUP PUBLISHER,
HUNTING AND SHOOTING  Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER,
FISHING  Steve Hoffman
VP, FINANCE & OPERATIONS  Derek Sevcik
VP, STRATEGIC SALES AND MARKETING  Ted Gramkow
VP, CONSUMER MARKETING  Peter Watt
VP, MANUFACTURING  Deb Daniels
VP, CONTENT DEVELOPMENT  Todd Smith
DIRECTOR, MARKETING & SALES  John White
SENIOR DIRECTOR,
PUBLISHING TECHNOLOGIES  Willis Caster
SENIOR DIRECTOR, PRODUCTION  Connie Mendoza

**INTERMEDIA OUTDOORS DIGITAL**
VP, DIGITAL SALES  David Grant
DIRECTOR, DIGITAL DEVELOPMENT  Berry Blanton
DIRECTOR, DIGITAL OPS  Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT  Brock Norman
EDITORIAL DIRECTOR, FISHING  Jeff Simpson
ONLINE EDITOR, SHOOTING  Dusty Gibson

**INTERMEDIA OUTDOORS WEBSITES**
MEDIA              FISHING
imoutdoorsmedia.com    bassfan.com
                       floridasportsman.com
TELEVISION         flyfisherman.com
thesportsmanchannel.com  gameandfishmag.com
                       in-fisherman.com
HUNTING
bowhunter.com      SHOOTING
bowhuntingmag.com  gunsandammo.com
gundogmag.com      handguns.com
petersenshunting.com  rifleshootermag.com
northamericanwhitetail.com  shootingtimes.com
wildfowlmag.com    shotgunnews.com

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

**GUNS&AMMO®** is a registered trademark of InterMedia Outdoors, Inc. in the United States.

Copyright 2015 by InterMedia Outdoors, Inc.
All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.



4 G&A JULY 2015

# GUNS&AMMO
gunsandammo.com
An InterMedia Outdoors publication
PUBLISHER Chris Agnes

**EDITORIAL**

EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ART DIRECTOR Michael Ulrich
GROUP ART DIRECTOR David Kleckner
CHIEF COPY EDITOR Kimberly Pelletier-Dolbee
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney
ONLINE EDITOR Dusty Gibson

**CONTRIBUTORS**

Tom Beckstrand, Richard King, Kyle Lamb, Lukas Lamb,
Richard Mann, Philip Massaro, Richard Nance,
Braxton Lee Petty, Alfredo Rico,
Jeremy Stafford, Sean Utley, Len Waldron

PRODUCTION COORDINATOR Elizabeth Carey

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**ENDEMIC AD SALES**

NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 327-3610
WESTERN REGION
Hutch Looney (818) 990-9000
WEST REGION
Pat Bartee (402) 463-4589
SOUTHWEST REGION
Michael Garrison (309) 679-5054
MIDWEST REGION
Rob Walker (309) 679-5069
EAST REGION
Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

**CORPORATE AD SALES**

EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

InterMedia Outdoors, Inc.
1040 6th Ave., 12th Floor, New York, NY 10018-3703
Attn: Privacy Coordinator

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: Guns & Ammo, Editor, 2 News Plaza, Peoria, IL 61614.

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.



CHIEF EXECUTIVE OFFICER Jeff Paro

EVP, GROUP PUBLISHER,
HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER,
FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, STRATEGIC SALES AND MARKETING Ted Gramkow
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
DIRECTOR, MARKETING & SALES John White
SENIOR DIRECTOR,
PUBLISHING TECHNOLOGIES Willis Caster
SENIOR DIRECTOR, PRODUCTION Connie Mendoza

**INTERMEDIA OUTDOORS DIGITAL**

VP, DIGITAL SALES David Grant
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson
ONLINE EDITOR, SHOOTING Dusty Gibson

**INTERMEDIA OUTDOORS WEBSITES**

MEDIA
imoutdoorsmedia.com

TELEVISION
thesportsmanchannel.com

HUNTING
bowhunter.com
bowhuntingmag.com
gundogmag.com
petersenshunting.com
northamericanwhitetail.com
wildfowlmag.com

FISHING
bassfan.com
floridasportsman.com
flyfisherman.com
gameandfishmag.com
in-fisherman.com

SHOOTING
gunsandammo.com
handguns.com
rifleshootermag.com
shootingtimes.com
shotgunnews.com

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

GUNS&AMMO® is a registered trademark of InterMedia Outdoors, Inc. in the United States.

Copyright 2015 by InterMedia Outdoors, Inc.
All Rights Reserved. No part of this book may be reproduced without written permission.


Printed in the U.S.A.



**PEDAL DOWN. PULSE UP.**

**GET MORE OF WHAT GETS YOUR MOTOR GOING**

with a K&N® performance air intake system. It delivers more horsepower, acceleration and torque—guaranteed—and installs in about 90 minutes. Order online today and put more power right where you want it.

KNFILTERS.COM | 800-858-3333



**SUPERIOR AIRFLOW. SUPERIOR PERFORMANCE.™**

SOME INTAKE SYSTEMS ARE NOT LEGAL FOR SALE OR USE ON ANY POLLUTION CONTROLLED MOTOR VEHICLE IN CALIFORNIA OR STATES ADOPTING CALIFORNIA EMISSION PROCEDURES. SEE KNFILTERS.COM FOR CARB STATUS ON EACH PART FOR A SPECIFIC VEHICLE.

4 G&A AUGUST 2015

# GUNS&AMMO
gunsandammo.com
An InterMedia Outdoors publication
PUBLISHER Chris Agnes

**EDITORIAL**
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ART DIRECTOR Michael Ulrich
GROUP ART DIRECTOR David Kleckner
CHIEF COPY EDITOR Kimberly Pelletier-Dolbee
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

**CONTRIBUTORS**
Tom Beckstrand, Richard King, Kyle Lamb, Lukas Lamb, Philip Massaro, Richard Nance, Braxton Lee Petty, Alfredo Rico, Jeremy Stafford, Sean Utley, Cody Voermans, Len Waldron

PRODUCTION COORDINATOR Elizabeth Carey

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION
Hutch Looney (818) 990-9000
WEST REGION
Pat Bartee (402) 463-4589
SOUTHWEST REGION
Michael Garrison (309) 679-5054
MIDWEST REGION
Rob Walker (309) 679-5069
EAST REGION
Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

**CORPORATE AD SALES**
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

**InterMedia Outdoors, Inc.**
1040 6th Ave., 12th Floor, New York, NY 10018-3703
Attn: Privacy Coordinator

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: Guns & Ammo, Editor, 2 News Plaza, Peoria, IL 61614.

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.outdoorsg.com.



**InterMedia Outdoors**

CHIEF EXECUTIVE OFFICER Jeff Paro

EVP, GROUP PUBLISHER, HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER, FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, STRATEGIC SALES AND MARKETING Ted Gramkow
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
DIRECTOR, MARKETING & SALES John White
SENIOR DIRECTOR, PRODUCTION Connie Mendoza

**INTERMEDIA OUTDOOR DIGITAL**
VP, DIGITAL SALES David Grant
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson

**INTERMEDIA OUTDOOR WEBSITES**
MEDIA
imoutdoorsmedia.com
TELEVISION
thesportsmanchannel.com
HUNTING
bowhunter.com
bowhuntingmag.com
gundogmag.com
petersenshunting.com
northamericanwhitetail.com
wildfowlmag.com
FISHING
bassfan.com
floridasportsman.com
flyfisherman.com
gameandfishmag.com
in-fisherman.com
SHOOTING
gunsandammo.com
handguns.com
rifleshootermag.com
shootingtimes.com
shotgunnews.com

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

GUNS&AMMO® is a registered trademark of InterMedia Outdoors, Inc. in the United States.

Copyright 2015 by InterMedia Outdoors, Inc.

All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.

4  G&A  SEPTEMBER 2015



gunsandammo.com
An Outdoor Sportsman Group publication
PUBLISHER  Chris Agnes

## EDITORIAL

EDITOR  Eric R. Poole
MANAGING EDITOR  Chris Mudgett
ART DIRECTOR  Michael Ulrich
GROUP ART DIRECTOR  David Kleckner
CHIEF COPY EDITOR  Kimberly Pelletier-Dolbee
SENIOR EDITOR  Garry James
SENIOR FIELD EDITOR  Craig Boddington
HANDGUNS EDITOR  Patrick Sweeney

### CONTRIBUTORS

Tom Beckstrand, Richard King, Skip Knowles, Kyle Lamb, Lukas Lamb, Philip Massaro, Richard Nance, Braxton Lee Petty, Alfredo Rico, Mike Schoby, Jeremy Stafford, Sean Utley, Len Waldron, Steve Woods

PRODUCTION COORDINATOR  Al Ziegler

## ENDEMIC AD SALES

NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017

WESTERN REGION
Hutch Looney (818) 990-9000

WEST REGION
Pat Bartee (402) 463-4589

SOUTHWEST REGION
Michael Garrison (309) 679-5054

MIDWEST REGION
Rob Walker (309) 679-5069

EAST REGION
Pat Bentzel (717) 695-8095

WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

## CORPORATE AD SALES

EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458

WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to: **Outdoor Sportsman Group,** 1040 6th Ave., 12th Floor, New York, NY 10018-3703 Attn: Privacy Coordinator

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to:
Guns & Ammo,
2 News Plaza, Peoria, IL 61614.
Attn: Editor

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.



CHIEF EXECUTIVE OFFICER  Jeff Paro

EVP, GROUP PUBLISHER,
HUNTING AND SHOOTING  Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER,
FISHING  Steve Hoffman
VP, FINANCE & OPERATIONS  Derek Sevcik
VP, STRATEGIC SALES AND MARKETING  Ted Gramkow
VP, CONSUMER MARKETING  Peter Watt
VP, MANUFACTURING  Deb Daniels
VP, CONTENT DEVELOPMENT  Todd Smith
DIRECTOR, MARKETING & SALES  John White
SENIOR DIRECTOR, PRODUCTION  Connie Mendoza

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

**Guns&Ammo®** is a registered trademark of Outdoor Sportsman Group in the United States.

Copyright 2015 by Outdoor Sportsman Group

All Rights Reserved. No part of this book may be reproduced without written permission.

### OUTDOOR SPORTSMAN GROUP, DIGITAL

VP, DIGITAL SALES  David Grant
DIRECTOR, DIGITAL DEVELOPMENT  Berry Blanton
DIRECTOR, DIGITAL OPS  Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT  Brock Norman
EDITORIAL DIRECTOR, FISHING  Jeff Simpson

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com

**MEDIA**
outdoorsg.com

**TELEVISION**
outdoorchannel.com
thesportsmanchannel.com
worldfishingnetwork.com

**HUNTING**
bowhunter.com
bowhuntingmag.com
gundogmag.com
petersenshunting.com
northamericanwhitetail.com
wildfowlmag.com

**FISHING**
bassfan.com
floridasportsman.com
flyfisherman.com
gameandfishmag.com
in-fisherman.com

**SHOOTING**
gunsandammo.com
handguns.com
rifleshootermag.com
shootingtimes.com
shotgunnews.com



Printed in the U.S.A.

  540.298.8906

NEW PRODUCTS 2015

AUTO-ORDNANCE 1911BKO

Own a piece of American History!

www.auto-ordnance.com

4  G&A  OCTOBER 2015

# GUNS&AMMO
gunsandammo.com

An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

**EDITORIAL**
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ART DIRECTOR Michael Ulrich
GROUP ART DIRECTOR David Kleckner
COPY EDITOR Kimberly Pelletier-Dolbee
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

**CONTRIBUTORS**
Tom Beckstrand, Jeremy Cantrell, Mark Fingar, Richard King, Skip Knowles, Kyle Lamb, Lukas Lamb, Philip Massaro, Richard Nance, Alfredo Rico, Mike Schoby, Jeremy Stafford, Sean Utley, Len Waldron, Steve Woods

PRODUCTION COORDINATOR Al Ziegler

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION
Hutch Looney (818) 990-9000
WEST REGION
Pat Bartee (402) 463-4589
SOUTHWEST REGION
Michael Garrison (309) 679-5054
MIDWEST REGION
Rob Walker (309) 679-5069
EAST REGION
Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

**CORPORATE AD SALES**
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to: **Outdoor Sportsman Group,** 1040 6th Ave., 12th Floor, New York, NY 10018-3703 Attn: Privacy Coordinator

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to:
Guns & Ammo
2 News Plaza, Peoria, IL 61614
Attn: Editor

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

## OUTDOOR SPORTSMAN GROUP

CHIEF EXECUTIVE OFFICER Jeff Paro

EVP, GROUP PUBLISHER,
HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER,
FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, STRATEGIC SALES AND MARKETING Ted Gramkow
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
DIRECTOR, MARKETING & SALES John White
SENIOR DIRECTOR, PRODUCTION Connie Mendoza

**OUTDOOR SPORTSMAN GROUP, DIGITAL**
VP, DIGITAL SALES David Grant
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

**MEDIA**
outdoorsg.com

**TELEVISION**
outdoorchannel.com
thesportsmanchannel.com
worldfishingnetwork.com

**HUNTING**
bowhunter.com
bowhuntingmag.com
gundogmag.com
petersenshunting.com
northamericanwhitetail.com
wildfowlmag.com

**FISHING**
bassfan.com
floridasportsman.com
flyfisherman.com
gameandfishmag.com
in-fisherman.com

**SHOOTING**
gunsandammo.com
handguns.com
rifleshootermag.com
shootingtimes.com
shotgunnews.com

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

GUNS&AMMO® is a registered trademark of Outdoor Sportsman Group in the United States.

Copyright 2015 by Outdoor Sportsman Group
All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.



4  G&A  NOVEMBER 2015

# Guns & Ammo
gunsandammo.com

An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

## EDITORIAL
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ART DIRECTOR Michael Ulrich
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
COPY EDITORS Maureen Hammerquist, Kimberly Pelletier-Dolbee
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

### CONTRIBUTORS
Tom Beckstrand, Jeremy Cantrell, Mark Fingar, Richard King, Skip Knowles, Kyle Lamb, Lukas Lamb, Philip Massaro, Richard Nance, Alfredo Rico, Jeremy Stafford, Sean Utley

PRODUCTION COORDINATOR Al Ziegler

## ENDEMIC AD SALES
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION
Hutch Looney (818) 990-9000
WEST REGION
Pat Bartee (402) 463-4589
SOUTHWEST REGION
Michael Garrison (309) 679-5054
MIDWEST REGION
Rob Walker (309) 679-5069
EAST REGION
Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

## CORPORATE AD SALES
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to: **Outdoor Sportsman Group,** 1040 6th Ave., 12th Floor, New York, NY 10018-3703 Attn: Privacy Coordinator

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to:
**Guns & Ammo**
2 News Plaza, Peoria, IL 61614
Attn: Editor

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

---

# Outdoor Sportsman Group

CHIEF EXECUTIVE OFFICER Jeff Paro

EVP, GROUP PUBLISHER,
HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER,
FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, STRATEGIC SALES AND MARKETING Ted Gramkow
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
DIRECTOR, MARKETING & SALES John White
SENIOR DIRECTOR, PRODUCTION Connie Mendoza

**OUTDOOR SPORTSMAN GROUP, DIGITAL**
VP, DIGITAL SALES David Grant
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

**MEDIA**
outdoorsg.com

**TELEVISION**
outdoorchannel.com
thesportsmanchannel.com
worldfishingnetwork.com

**HUNTING**
bowhunter.com
bowhuntingmag.com
gundogmag.com
petersenshunting.com
northamericanwhitetail.com
wildfowlmag.com

**FISHING**
bassfan.com
floridasportsman.com
flyfisherman.com
gameandfishmag.com
in-fisherman.com

**SHOOTING**
gunsandammo.com
handguns.com
rifleshootermag.com
shootingtimes.com
shotgunnews.com

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

Guns&Ammo® is a registered trademark of Outdoor Sportsman Group in the United States.

Copyright 2015 by Outdoor Sportsman Group
All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.



4  G&A  DECEMBER 2015

# GUNS&AMMO
gunsandammo.com
An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

### EDITORIAL
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ART DIRECTOR Michael Ulrich
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
COPY EDITOR Maureen Hammerquist
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

### CONTRIBUTORS
Tom Beckstrand, Jeremy Cantrell, Mark Fingar,
Richard King, Skip Knowles, Kyle Lamb, Lukas Lamb,
Philip Massaro, Richard Nance, Alfredo Rico,
Jeremy Stafford, Sean Utley

PRODUCTION COORDINATOR Al Ziegler

### ENDEMIC AD SALES
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION
Hutch Looney (818) 990-9000
WEST REGION
Pat Bartee (402) 463-4589
SOUTHWEST REGION
Michael Garrison (309) 679-5054
MIDWEST REGION
Rob Walker (309) 679-5069
EAST REGION
Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

### CORPORATE AD SALES
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to: **Outdoor Sportsman Group,** 1040 6th Ave., 12th Floor, New York, NY 10018-3703 Attn: Privacy Coordinator

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to:
Guns & Ammo
2 News Plaza, Peoria, IL 61614
Attn: Editor

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

# OUTDOOR SPORTSMAN GROUP

CHIEF EXECUTIVE OFFICER Jeff Paro

EVP, GROUP PUBLISHER,
HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER,
FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, STRATEGIC SALES AND MARKETING Ted Gramkow
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
DIRECTOR, MARKETING & SALES John White
SENIOR DIRECTOR, PRODUCTION Connie Mendoza
DIRECTOR, PUBLISHING TECHNOLOGY Kyle Morgan

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

GUNS&AMMO® is a registered trademark of Outdoor Sportsman Group in the United States.

Copyright 2015 by Outdoor Sportsman Group

All Rights Reserved. No part of this book may be reproduced without written permission.

### OUTDOOR SPORTSMAN GROUP, DIGITAL
VP, DIGITAL SALES David Grant
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson
EDITORIAL DIRECTOR, HUNTING/SHOOTING Randy Hynes

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

**MEDIA**
outdoorsg.com

**TELEVISION**
outdoorchannel.com
thesportsmanchannel.com
worldfishingnetwork.com

**HUNTING**
bowhunter.com
bowhuntingmag.com
gundogmag.com
petersenshunting.com
northamericanwhitetail.com
wildfowlmag.com

**FISHING**
bassfan.com
floridasportsman.com
flyfisherman.com
gameandfishmag.com
in-fisherman.com

**SHOOTING**
gunsandammo.com
handguns.com
rifleshootermag.com
shootingtimes.com
shotgunnews.com



Printed in the U.S.A.

# GUNS&AMMO
gunsandammo.com
An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

## EDITORIAL
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ASSOCIATE EDITOR Laura Kovarik
ART DIRECTOR Michael Ulrich
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
COPY EDITOR Maureen Hammerquist
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

## CONTRIBUTORS
Tom Beckstrand, Jeremy Cantrell, Mark Fingar, Richard King, Skip Knowles, Kyle Lamb, Lukas Lamb, Philip Massaro, Richard Nance, Alfredo Rico, Jeremy Stafford, Sean Utley, Len Waldron

PRODUCTION COORDINATOR Al Ziegler

## ENDEMIC AD SALES
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION
Hutch Looney (818) 990-9000
WEST REGION
Pat Bartee (402) 463-4589
SOUTHWEST REGION
Michael Garrison (309) 679-5054
MIDWEST REGION
Rob Walker (309) 679-5069
EAST REGION
Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

## CORPORATE AD SALES
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

# OUTDOOR SPORTSMAN GROUP
CHIEF EXECUTIVE OFFICER Jeff Paro

## CORPORATE
EVP, GROUP PUBLISHER, HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER, FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, STRATEGIC SALES AND MARKETING Ted Gramkow
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
DIRECTOR, MARKETING & SALES John White
SENIOR DIRECTOR, PRODUCTION Connie Mendoza
DIRECTOR, PUBLISHING TECHNOLOGY Kyle Morgan

## OUTDOOR SPORTSMAN GROUP, DIGITAL
VP, DIGITAL SALES David Grant
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson
EDITORIAL DIRECTOR, HUNTING/SHOOTING Randy Hynes

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

**MEDIA**
outdoorsg.com
**TELEVISION**
outdoorchannel.com
thesportsmanchannel.com
worldfishingnetwork.com

**FISHING**
bassfan.com
floridasportsman.com
flyfisherman.com
gameandfishmag.com
in-fisherman.com

**HUNTING**
bowhunter.com
bowhuntingmag.com
gundogmag.com
petersenshunting.com
northamericanwhitetail.com
wildfowlmag.com

**SHOOTING**
gunsandammo.com
handguns.com
rifleshootermag.com
shootingtimes.com
shotgunnews.com

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:
**Outdoor Sportsman Group,** 1040 6th Ave., 12th Floor, New York, NY 10018-3703, Attn: Privacy Coordinator

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: **Guns & Ammo,** 2 News Plaza, Peoria, IL 61614, Attn: Editor

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

GUNS&AMMO® is a registered trademark of Outdoor Sportsman Group in the United States.

Copyright 2015 by Outdoor Sportsman Group
All Rights Reserved. No part of this book may be reproduced without written permission.


Printed in the U.S.A.



NEW flat rate shipping! now thru Christmas


TacticalWalls.com/g&a

   

540.298.8906

# GUNS & AMMO
gunsandammo.com

An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

## EDITORIAL
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ASSOCIATE EDITOR Laura Kovarik
ART DIRECTOR Michael Ulrich
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
COPY EDITOR Maureen Hammerquist
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

### CONTRIBUTORS
Tom Beckstrand, Jeremy Cantrell, Mark Fingar, Richard King, Skip Knowles, Kyle Lamb, Lukas Lamb, Philip Massaro, Richard Nance, Alfredo Rico, Jeremy Stafford, Sean Utley, Len Waldron

PRODUCTION COORDINATOR Al Ziegler

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION
Hutch Looney (818) 990-9000
WEST REGION
Pat Bartee (402) 463-4589
SOUTHWEST REGION
Michael Garrison (309) 679-5054
MIDWEST REGION
Rob Walker (309) 679-5069
EAST REGION
Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

**CORPORATE AD SALES**
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

SUBSCRIPTIONS INQUIRIES: Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

SUBSCRIPTION RATE for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to: Outdoor Sportsman Group, 1040 6th Ave., 12th Floor, New York, NY 10018-3703, Attn: Privacy Coordinator**

# OUTDOOR SPORTSMAN GROUP

CHIEF EXECUTIVE OFFICER Jeff Paro

## CORPORATE
EVP, GROUP PUBLISHER, HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER, FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
DIRECTOR, MARKETING & SALES John White
SENIOR DIRECTOR, PRODUCTION Connie Mendoza
DIRECTOR, PUBLISHING TECHNOLOGY Kyle Morgan

## OUTDOOR SPORTSMAN GROUP, DIGITAL
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson
EDITORIAL DIRECTOR, HUNTING/SHOOTING Randy Hynes

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

**MEDIA**
outdoorsg.com

**TELEVISION**
outdoorchannel.com
thesportsmanchannel.com
worldfishingnetwork.com

**FISHING**
bassfan.com
floridasportsman.com
flyfisherman.com
gameandfishmag.com
in-fisherman.com

**HUNTING**
bowhunter.com
bowhuntingmag.com
gundogmag.com
petersenshunting.com
northamericanwhitetail.com
wildfowlmag.com

**SHOOTING**
gunsandammo.com
handguns.com
rifleshootermag.com
shootingtimes.com
shotgunnews.com

CONTRIBUTIONS: Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: Guns & Ammo, 2 News Plaza, Peoria, IL 61614, Attn: Editor

FOR REPRINTS: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

BOOKS, DVD'S & BACK ISSUES: TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

Guns&Ammo® is a registered trademark of Outdoor Sportsman Group in the United States.

Copyright 2016 by Outdoor Sportsman Group
All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.



Valentine's Day is coming...



TacticalWalls.com/g&a    540.298.8906



4   G&A   MARCH 2016

# GUNS&AMMO
gunsandammo.com
An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

**EDITORIAL**
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ASSOCIATE EDITOR Laura Kovarik
ART DIRECTOR Michael Ulrich
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
COPY EDITOR Maureen Hammerquist
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

**CONTRIBUTORS**
Tom Beckstrand, Jeremy Cantrell, Mark Fingar, Richard King, Skip Knowles, Kyle Lamb, Lukas Lamb, Philip Massaro, Richard Nance, Alfredo Rico, Jeremy Stafford, Sean Utley, Len Waldron

PRODUCTION COORDINATOR Al Ziegler

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION Hutch Looney (818) 990-9000
WEST REGION Pat Bartee (402) 463-4589
SOUTHWEST REGION Michael Garrison (309) 679-5054
MIDWEST REGION Rob Walker (309) 679-5069
EAST REGION Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

**CORPORATE AD SALES**
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADV./ NON-ENDEMIC
Anthony Smyth (914) 693-8700

## OUTDOOR SPORTSMAN GROUP

CHIEF EXECUTIVE OFFICER Jeff Paro

**CORPORATE**
EVP, GROUP PUBLISHER, HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER, FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
DIRECTOR, MARKETING & SALES John White
SENIOR DIRECTOR, PRODUCTION Connie Mendoza
DIRECTOR, PUBLISHING TECHNOLOGY Kyle Morgan

**OUTDOOR SPORTSMAN GROUP, DIGITAL**
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson
EDITORIAL DIRECTOR, HUNTING/SHOOTING Randy Hynes

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

| MEDIA | FISHING | HUNTING | SHOOTING |
|---|---|---|---|
| outdoorsg.com | bassfan.com | bowhunter.com | gunsandammo.com |
| **TELEVISION** | floridasportsman.com | bowhuntingmag.com | handguns.com |
| outdoorchannel.com | flyfisherman.com | gundogmag.com | rifleshootermag.com |
| thesportsmanchannel.com | gameandfishmag.com | petersenshunting.com | shootingtimes.com |
| worldfishingnetwork.com | in-fisherman.com | northamericanwhitetail.com | shotgunnews.com |
| | | wildfowlmag.com | |

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: Guns & Ammo, 2 News Plaza, Peoria, IL 61614, Attn: Editor

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance on or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

Guns&Ammo® is a registered trademark of Outdoor Sportsman Group in the United States.

**Outdoor Sportsman Group,** 1040 6th Ave., 12th Floor, New York, NY 10018-3703, Attn: Privacy Coordinator

Copyright 2016 by Outdoor Sportsman Group
All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.



4  G&A  APRIL 2016

# GUNS&AMMO
gunsandammo.com
An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

**EDITORIAL**
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ASSOCIATE EDITOR Laura Kovarik
ASSOCIATE EDITOR Katie McCarthy
ART DIRECTOR Michael Ulrich
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

**CONTRIBUTORS**
Tom Beckstrand, Jeremy Cantrell, Mark Fingar, Brad Fitzpatrick, Richard King, Skip Knowles, Kyle Lamb, Lukas Lamb, Richard Nance, Alfredo Rico, Jeremy Stafford, Sean Utley, Len Waldron

PRODUCTION COORDINATOR Al Ziegler

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION Hutch Looney (818) 990-9000
SOUTHWEST REGION Michael Garrison (309) 679-5054
MIDWEST REGION Rob Walker (309) 679-5069
EAST REGION Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

**CORPORATE AD SALES**
EAST COAST ACCOUNT EXECUTIVE
Kathy Hughett (646) 225-6559
MIDWEST ACCOUNT DIRECTOR
Kevin Donley (248) 798-4458
MIDWEST & MOUNTAIN ACCOUNT EXECUTIVE
Carl Benson (312) 955-0496
WEST COAST ACCOUNT EXECUTIVE
Viga Hall (714) 222-1692
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

## OUTDOOR SPORTSMAN GROUP
CHIEF EXECUTIVE OFFICER Jeff Paro

**CORPORATE**
EVP, GROUP PUBLISHER, HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER, FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
VP, DIGITAL SALES David Plante
SENIOR DIRECTOR, PRODUCTION Connie Mendoza
DIRECTOR, PUBLISHING TECHNOLOGY Kyle Morgan

**OUTDOOR SPORTSMAN GROUP, DIGITAL**
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson
EDITORIAL DIRECTOR, HUNTING/SHOOTING Randy Hynes

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

| MEDIA | FISHING | HUNTING | SHOOTING |
|---|---|---|---|
| outdoorsg.com | bassfan.com | bowhunter.com | gunsandammo.com |
| **TELEVISION** | floridasportsman.com | bowhuntingmag.com | handguns.com |
| outdoorchannel.com | flyfisherman.com | gundogmag.com | rifleshootermag.com |
| thesportsmanchannel.com | gameandfishmag.com | petersenshunting.com | shootingtimes.com |
| worldfishingnetwork.com | in-fisherman.com | northamericanwhitetail.com | shotgunnews.com |
| | | wildfowlmag.com | |

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: Guns & Ammo, 2 News Plaza, Peoria, IL 61614, Attn: Editor.

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

**Guns&Ammo®** is a registered trademark of Outdoor Sportsman Group in the United States.

**Outdoor Sportsman Group,** 1040 6th Ave., 12th Floor, New York, NY 10018-3703, Attn: Privacy Coordinator

Copyright 2016 by Outdoor Sportsman Group
All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.



## GUNS&AMMO
gunsandammo.com
An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

**EDITORIAL**
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ASSOCIATE EDITOR Laura Kovarik
ASSOCIATE EDITOR Katie McCarthy
ART DIRECTOR Michael Ulrich
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

**CONTRIBUTORS**
Tom Beckstrand, Jeremy Cantrell, Mark Fingar,
Brad Fitzpatrick, Richard King, Skip Knowles,
Kyle Lamb, Lukas Lamb, Richard Nance, Alfredo Rico,
Jeremy Stafford, Sean Utley, Len Waldron

PRODUCTION COORDINATOR Al Ziegler

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION Hutch Looney (818) 990-9000
SOUTHWEST REGION Michael Garrison (309) 679-5054
MIDWEST REGION Rob Walker (309) 679-5069
EAST REGION Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

**CORPORATE AD SALES**
EAST COAST ACCOUNT EXECUTIVE
Kathy Hughett (646) 225-6559
MIDWEST ACCOUNT DIRECTOR
Kevin Donley (248) 798-4458
MIDWEST & MOUNTAIN ACCOUNT EXECUTIVE
Carl Benson (312) 955-0496
WEST COAST ACCOUNT EXECUTIVE
Viga Hall (714) 222-1692
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

## OUTDOOR SPORTSMAN GROUP

CHIEF EXECUTIVE OFFICER Jeff Paro

**CORPORATE**
EVP, GROUP PUBLISHER, HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER, FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
VP, DIGITAL SALES David Plante
SENIOR DIRECTOR, PRODUCTION Connie Mendoza
DIRECTOR, PUBLISHING TECHNOLOGY Kyle Morgan

**OUTDOOR SPORTSMAN GROUP, DIGITAL**
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
MANAGER, DIGITAL DEVELOPMENT Brock Norman
EDITORIAL DIRECTOR, FISHING Jeff Simpson
EDITORIAL DIRECTOR, HUNTING/SHOOTING Randy Hynes

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

| MEDIA | FISHING | HUNTING | SHOOTING |
|---|---|---|---|
| outdoorsg.com | bassfan.com | bowhunter.com | gunsandammo.com |
| **TELEVISION** | floridasportsman.com | bowhuntingmag.com | handguns.com |
| outdoorchannel.com | flyfisherman.com | gundogmag.com | rifleshootermag.com |
| thesportsmanchannel.com | gameandfishmag.com | petersenshunting.com | shootingtimes.com |
| worldfishingnetwork.com | in-fisherman.com | northamericanwhitetail.com | shotgunnews.com |
|  |  | wildfowlmag.com |  |

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: **Guns & Ammo,** 2 News Plaza, Peoria, IL 61614, Attn: Editor

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

**Guns&Ammo®** is a registered trademark of Outdoor Sportsman Group in the United States.

**Outdoor Sportsman Group,** 1040 6th Ave., 12th Floor, New York, NY 10018-3703, Attn: Privacy Coordinator

Copyright 2016 by Outdoor Sportsman Group

All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.



**BRACE YOURSELF**

SB89 • SB15® • SB93®

Introducing an expanded portfolio of product from the inventors of the Pistol Stabilizing Brace™.

- ATF COMPLIANT
- VETERAN DESIGNED
- MANUFACTURED IN THE U.S.A.
- DRAMATICALLY IMPROVES SINGLE-HANDED PERFORMANCE
- REDUCES FELT RECOIL AND IMPROVES ACCURACY



Visit **www.sb-tactical.com** and follow us on Facebook and Instagram!

 sbtacticalbrace

 sb.tactical



---

4 G&A JUNE 2016

# GUNS & AMMO
gunsandammo.com
An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

**EDITORIAL**
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ASSOCIATE EDITOR Laura Kovarik
ASSOCIATE EDITOR Katie McCarthy
ART DIRECTOR Michael Ulrich
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

**CONTRIBUTORS**
Tom Beckstrand, Jeremy Cantrell, Mark Fingar,
Brad Fitzpatrick, Skip Knowles, Kyle Lamb,
Lukas Lamb, Richard Nance, Alfredo Rico,
Jeremy Stafford, Sean Utley, Len Waldron

PRODUCTION COORDINATOR Al Ziegler

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION Hutch Looney (818) 990-9000
WEST REGION Tom Perrier (605) 348-4652
SOUTHWEST REGION Michael Garrison (309) 679-5054
MIDWEST REGION Rob Walker (309) 679-5069
EAST REGION Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

**CORPORATE AD SALES**
EAST COAST ACCOUNT EXECUTIVE
Kathy Gross (678) 589-2065
MIDWEST ACCOUNT DIRECTOR
Kevin Donley (248) 798-4458
WEST COAST, MIDWEST & MOUNTAIN
ACCOUNT EXECUTIVE
Carl Benson (312) 955-0496
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

---

## OUTDOOR SPORTSMAN GROUP

CHIEF EXECUTIVE OFFICER Jeff Paro

**CORPORATE**
EVP, GROUP PUBLISHER, HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER, FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
VP, DIGITAL SALES David Plante
SENIOR DIRECTOR, PRODUCTION Connie Mendoza
DIRECTOR, PUBLISHING TECHNOLOGY Kyle Morgan

**OUTDOOR SPORTSMAN GROUP, DIGITAL**
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
EDITORIAL DIRECTOR, FISHING Jeff Simpson
EDITORIAL DIRECTOR, HUNTING/SHOOTING Randy Hynes

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

| MEDIA | FISHING | HUNTING | SHOOTING |
|---|---|---|---|
| outdoorsg.com | bassfan.com | bowhunter.com | gunsandammo.com |
| **TELEVISION** | floridasportsman.com | bowhuntingmag.com | handguns.com |
| outdoorchannel.com | flyfisherman.com | gundogmag.com | rifleshootermag.com |
| thesportsmanchannel.com | gameandfishmag.com | petersenshunting.com | shootingtimes.com |
| worldfishingnetwork.com | in-fisherman.com | northamericanwhitetail.com | shotgunnews.com |
| | | wildfowlmag.com | |

---

**SUBSCRIPTIONS INQUIRIES:** Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at gunsandammo@emailcustomerservice.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

**SUBSCRIPTION RATE** for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

**OCCASIONALLY,** our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**CONTRIBUTIONS:** Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: **Guns & Ammo,** 2 News Plaza, Peoria, IL 61614, Attn: Editor

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance on the use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

**Guns & Ammo®** is a registered trademark of Outdoor Sportsman Group in the United States.

**Outdoor Sportsman Group,** 1040 6th Ave., 12th Floor, New York, NY 10018-3703, Attn: Privacy Coordinator

Copyright 2016 by Outdoor Sportsman Group

All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.



4   G&A   JULY 2016

# GUNS&AMMO
gunsandammo.com
An Outdoor Sportsman Group publication
PUBLISHER Chris Agnes

### EDITORIAL
EDITOR Eric R. Poole
MANAGING EDITOR Chris Mudgett
ASSOCIATE EDITOR Laura Kovarik
ASSOCIATE EDITOR Katie McCarthy
ART DIRECTOR Michael Ulrich
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
SENIOR EDITOR Garry James
SENIOR FIELD EDITOR Craig Boddington
HANDGUNS EDITOR Patrick Sweeney

### CONTRIBUTORS
Tom Beckstrand, Jeremy Cantrell, Mark Fingar, Brad Fitzpatrick, Skip Knowles, Kyle Lamb, Lukas Lamb, Dana Loesch, Richard Nance, Alfredo Rico, Jeremy Stafford, Sean Utley, Len Waldron

PRODUCTION COORDINATOR Al Ziegler

### ENDEMIC AD SALES
NATIONAL ENDEMIC SALES MANAGER
Jim McConville (440) 791-7017
WESTERN REGION Hutch Looney (818) 990-9000
WEST REGION Tom Perrier (605) 348-4652
SOUTHWEST REGION Michael Garrison (309) 679-5054
MIDWEST REGION Rob Walker (309) 679-5069
EAST REGION Pat Bentzel (717) 695-8095
WHERE-TO-GO/MARKETPLACE
Mark Thiffault (800) 200-7885

### CORPORATE AD SALES
EAST COAST ACCOUNT EXECUTIVE
Kathy Gross (678) 589-2065
MIDWEST ACCOUNT DIRECTOR
Kevin Donley (248) 798-4458
WEST COAST, MIDWEST & MOUNTAIN
ACCOUNT EXECUTIVE
Carl Benson (312) 955-0496
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

## OUTDOOR SPORTSMAN GROUP
CHIEF EXECUTIVE OFFICER Jeff Paro

### CORPORATE
EVP, GROUP PUBLISHER, HUNTING AND SHOOTING Mike Carney
SENIOR VP, TV OPERATIONS, GROUP PUBLISHER, FISHING Steve Hoffman
VP, FINANCE & OPERATIONS Derek Sevcik
VP, CONSUMER MARKETING Peter Watt
VP, MANUFACTURING Deb Daniels
VP, CONTENT DEVELOPMENT Todd Smith
VP, DIGITAL SALES David Plante
SENIOR DIRECTOR, PRODUCTION Connie Mendoza
DIRECTOR, PUBLISHING TECHNOLOGY Kyle Morgan

### OUTDOOR SPORTSMAN GROUP, DIGITAL
DIRECTOR, DIGITAL DEVELOPMENT Berry Blanton
DIRECTOR, DIGITAL OPS Reggie Hudson
EDITORIAL DIRECTOR, FISHING Jeff Simpson
EDITORIAL DIRECTOR, HUNTING/SHOOTING Randy Hynes

For questions regarding digital editions, please contact digitalsupport@outdoorsg.com.

| MEDIA | FISHING | HUNTING | SHOOTING |
|---|---|---|---|
| outdoorsg.com | bassfan.com | bowhunter.com | gunsandammo.com |
| TELEVISION | floridasportsman.com | bowhuntingmag.com | handguns.com |
| outdoorchannel.com | flyfisherman.com | gundogmag.com | rifleshootermag.com |
| thesportsmanchannel.com | gameandfishmag.com | petersenshunting.com | shootingtimes.com |
| worldfishingnetwork.com | in-fisherman.com | northamericanwhitetail.com | firearmsnews.com |
| | | wildfowlmag.com | |

SUBSCRIPTIONS INQUIRIES: Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Guns & Ammo, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at amocustserv@cdsfulfillment.com, or call TOLL FREE 1-800-800-2666. BE AWARE THAT GUNS & AMMO ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Guns & Ammo, please call 1-800-800-2666 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

SUBSCRIPTION RATE for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

OCCASIONALLY, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

CONTRIBUTIONS: Manuscripts, photographs and artwork must be submitted to the editorial department with a SASE. The Publisher assumes no responsibility for loss or damage to unsolicited material. Please send to: Guns & Ammo, 2 News Plaza, Peoria, IL 61614, Attn: Editor

FOR REPRINTS: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

BOOKS, DVD'S & BACK ISSUES: TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

Guns&Ammo® is a registered trademark of Outdoor Sportsman Group in the United States.

Outdoor Sportsman Group, 1040 6th Ave., 12th Floor, New York, NY 10018-3703, Attn: Privacy Coordinator

Copyright 2016 by Outdoor Sportsman Group
All Rights Reserved. No part of this book may be reproduced without written permission.



Printed in the U.S.A.