# Exhibit 6
Mastheads from *RifleShooter* magazine,
May/June 2015 – July/August 2016 (highlighting added)



The Umarex Octane .22, powered by the ReAxis Gas Piston, gives the Octane more punch, more power, and more speed. Its SilencAir five-chamber noise dampening system audibly reduces downrange noise.
See it in action here:
**UmarexUSA**.com/Rifle

# RIFLESHOOTER
### RIFLESHOOTERMAG.COM
**PUBLISHER** Chris AGNES

**EDITORIAL STAFF**
EDITOR IN CHIEF  J. Scott Rupp
ART DIRECTOR  Heather Ferro
STAFF PHOTOGRAPHER  Michael Anschuetz
GROUP ART DIRECTOR  David Kleckner
COPY EDITOR  Michael Brecklin

**CONTRIBUTING EDITORS**
Craig Boddington, Brad Fitzpatrick, David M. Fortier,
Rick Hacker, Layne Simpson, Jon R. Sundra, Patrick
Sweeney, James Tarr, Stan Trzoniec

Kathryn May, Production Manager
Al Ziegler, Production Coordinator

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES  Jim McCONVILLE (440) 327-3610
WESTERN REGION  Hutch Looney (818) 990-9000
MIDWEST/SOUTHEAST REGION  Rob Walker (309) 679-5069
EAST COAST REGION  Pat Bentzel (717) 695-8095
WESTERN REGION  Pat Bartee (402) 463-4589
MIDWEST REGION  Michael Garrison (309) 679-5054

**CORPORATE AD SALES**
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

RIFLESHOOTER (ISSN # 1095-4090). May/June 2015, Volume 17, Number 3. Published bi-monthly by INTERMEDIA OUTDOORS, INC., 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to RifleShooter, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing RifleShooter, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at rifleshooter@emailcustomerservice.com, or call
**TOLL FREE 1 (800) 627-7975.**
BE AWARE THAT PETERSEN'S RIFLESHOOTER ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Petersen's Rifleshooter, please call 1-800-627-7975 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**INTERMEDIA OUTDOORS, INC.**
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media – TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S, & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.

  The Audit Bureau

# MEDIA
# Outdoors

**CHIEF EXECUTIVE OFFICER** Jeff Paro

**EVP, GROUP PUBLISHER,
HUNTING & SHOOTING**
Mike Carney

**SENIOR VP, TV OPERATIONS
GROUP PUBLISHER, FISHING**
Steve Hoffman

**VP, FINANCE & OPERATIONS**
Derek Sevcik

**VP, STRATEGIC SALES & MARKETING**
Ted Gramkow

**VP, CONSUMER MARKETING**
Peter Watt

**VP, MANUFACTURING**
Deb Daniels

**VP, CONTENT DEVELOPMENT**
Todd Smith

**DIRECTOR, MARKETING & SALES DEVELOPMENT**
John White

**SENIOR DIRECTOR, PUBLISHING TECHNOLOGIES**
Willis Caster

**SENIOR DIRECTOR, PRODUCTION**
Connie Mendoza

## INTERMEDIA OUTDOORS DIGITAL
**VP, DIGITAL SALES**
David Grant

**DIRECTOR, DIGITAL DEVELOPMENT**
Berry Blanton

**DIRECTOR, DIGITAL AD OPS**
Reggie Hudson

**MANAGER, DIGITAL DEVELOPMENT**
Brock Norman

**EDITORIAL DIRECTOR, FISHING**
Jeff Simpson

**ONLINE EDITOR, HUNTING**
Eric Conn

**ONLINE EDITOR, SHOOTING**
Dusty Gibson

FOR QUESTIONS REGARDING DIGITAL EDITIONS, PLEASE CONTACT
DIGITALSUPPORT@IMOUTDOORS.COM

**MEDIA**
IMOUTDOORSMEDIA.COM

**FISHING**
BASSFAN.COM
FLORIDASPORTSMAN.COM
FLYFISHERMAN.COM
GAMEANDFISHMAG.COM
IN-FISHERMAN.COM

**HUNTING**
BOWHUNTER.COM
BOWHUNTINGMAG.COM
GUNDOGMAG.COM
PETERSENSHUNTING.COM
NORTHAMERICANWHITETAIL.COM
WILDFOWLMAG.COM

**SHOOTING**
GUNSANDAMMO.COM
HANDGUNS.COM
RIFLESHOOTERMAG.COM
SHOOTINGTIMES.COM
SHOTGUNNEWS.COM

**TELEVISION**
THESPORTSMANCHANNEL.COM

COPYRIGHT 2015 BY INTERMEDIA OUTDOORS, INC. RIFLESHOOTER® IS A REGISTERED TRADEMARK OF INTERMEDIA OUTDOORS, INC. IN THE UNITED STATES. ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED WITHOUT WRITTEN PERMISSION.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were the suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

## MAILROOM



### Eye of the Beholder

I had been eagerly anticipating a review of the Mossberg Patriot rifle (May/June) ever since I learned of it's upcoming production. So I was rather disappointed to see that Mr. Sundra felt it necessary to waste the first five paragraphs of the article waxing philosophically on the perceived beauty of a rifle based on the appearance of the stock.

There are plenty of people out there, myself being one, who believe a hunting rifle is a tool to be used—not a piece of art to hang on a wall. How a rifle looks takes a distant back seat to how it performs, and many others must feel the same way—unless you have a different reason for the surge in popularity of hunting with AR-style rifles, which are downright ugly.

Yes, a beautiful rifle is a magnificent thing to behold—and my very last choice if I was headed off on a rugged mountain hunt. Drop an expensive rifle with a beautiful Claro walnut stock on a rock-strewn hillside, and feel the tears well out of your eyes as you see dollar signs flying out of your pockets to repair the damage! Drop a synthetic or Kevlar stocked rifle in the same manner, and you can repair the damage at home with a can of spray paint.

So how the stock on the new Patriot fits, how good the inletting is, how good a recoil pad it has—all are valid topics on how the test rifle performs overall. Extolling the virtues of beautiful wood over a stock with "the visual appeal of a 2x4" is merely a personal preference and not helpful to the review.

What's the old quote from Townsend Whelen, "Only accurate rifles are interesting"? Notice he doesn't mention anything about eye appeal.

**B. Fox**
Wilsonville, OR

### On the Mark

Your publication is right on the mark regarding the CZ-USA 557 rifle (May/June). I now have a .270 sporter, which is my fourth .270, and I will recommend it always. I was also glad to see Mossberg has discontinued the 4x4 [and replaced it with the new Patriot]. That's a good thing.

**Pete Careaga**
Iva, SC

### The .280 Rules

I have a habit of starting a magazine from the back, and last issue I began with Craig Boddington's "The C Factor" (January/February). I found out that him and Scott Rupp were going on mountain hunts, and I wanted to ask Craig why Scott Rupp is the editor of the magazine and Boddington is just a writer? Answer: Because Rupp is smart! You know why Rupp is smart? Because he shoots a .280, a cartridge Craig says he doesn't have much confidence in.

Then, in Brad Fitzpatrick's "Second-Fiddle Cartridges," he writes about the .280 Ackley Improved. The only competitor it's got is the 7mm Rem. Mag. I have a .280 AI, and I've been reloading for it since 1970. I'll tell you one thing: If Craig had a .280 AI he'd throw the rest of his guns in the river. My reloads will outrun a factory loaded 7mm Rem. Mag. any day of the week, with a lot less powder.

Although Fitzpatrick's article was a very good one, he's a little short on velocities for the Ackley. With H4831 I get an average velocity of 3,035 fps. I've since switched Reloder 22 for an average of 2,975 fps for a 160-grain bullet out of a 27-inch Douglas barrel.

**Doug Ehrk**
Orland, CA

*Thanks, Mr. Ehrk. I'm pretty sure that's the first time anyone's accused me of being smart.—JSR*

# RIFLESHOOTER
RIFLESHOOTERMAG.COM
PUBLISHER Chris AGNES

**EDITORIAL STAFF**
EDITOR IN CHIEF J. Scott Rupp
ART DIRECTOR Heather Ferro
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
COPY EDITOR Michael Brecklin

**CONTRIBUTING EDITORS**
Craig Boddington, Brad Fitzpatrick, David M. Fortier, Rick Hacker, Layne Simpson, Jon R. Sundra, Patrick Sweeney, James Tarr, Stan Trzoniec

Kathryn May, Production Manager
Al Ziegler, Production Coordinator

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES Jim McCONVILLE (440) 327-3610
WESTERN REGION Hutch Looney (818) 990-9000
MIDWEST/SOUTHEAST REGION Rob Walker (309) 679-5069
EAST COAST REGION Pat Bentzel (717) 695-8095
WESTERN REGION Pat Bartee (402) 463-4589
MIDWEST REGION Michael Garrison (309) 679-5054

**CORPORATE AD SALES**
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458

WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

RIFLESHOOTER (ISSN # 1095-4090). July/August 2015, Volume 17, No. 4. Published bi-monthly by INTERMEDIA OUTDOORS, INC., 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices.
POSTMASTER: Send address change (Form 3579) to RifleShooter, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing RifleShooter, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at rifleshooter@emailcustomerservice.com, or call
**TOLL FREE 1 (800) 627-7975.**
BE AWARE THAT PETERSEN'S RIFLESHOOTER ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Petersen's Rifleshooter, please call 1-800-627-7975 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**INTERMEDIA OUTDOORS, INC.**
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

FOR REPRINTS: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media – TOLL FREE 1 (877) 652-5295.

BOOKS, DVD'S, & BACK ISSUES: TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.

  
The Audit Bureau





# RIFLESHOOTER
RIFLESHOOTERMAG.COM
PUBLISHER Chris AGNES

### EDITORIAL STAFF
EDITOR IN CHIEF J. Scott Rupp
ART DIRECTOR Heather Ferro
STAFF PHOTOGRAPHER Michael Anschuetz
GROUP ART DIRECTOR David Kleckner
COPY EDITOR Michael Brecklin

### CONTRIBUTING EDITORS
Craig Boddington, Brad Fitzpatrick, David M. Fortier,
Rick Hacker, Layne Simpson, Jon R. Sundra, Patrick
Sweeney, James Tarr, Stan Trzoniec

Kathryn May, Production Manager
Al Ziegler, Production Coordinator

### ENDEMIC AD SALES
NATIONAL ENDEMIC SALES Jim McCONVILLE (440) 791-7017
WESTERN REGION Hutch Looney (818) 990-9000
MIDWEST/SOUTHEAST REGION Rob Walker (309) 679-5069
EAST COAST REGION Pat Bentzel (717) 695-8095
WESTERN REGION Pat Bartee (402) 463-4589
MIDWEST REGION Michael Garrison (309) 679-5054

### CORPORATE AD SALES
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458

WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

RIFLESHOOTER (ISSN # 1095-4090). September/October 2015, Volume 17, No. 5. Published bi-monthly by INTERMEDIA OUTDOORS, INC., 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to RifleShooter, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

### SUBSCRIPTION INQUIRIES
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing RifleShooter, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at rifleshooter@emailcustomerservice.com, or call
**TOLL FREE 1 (800) 627-7975.**
BE AWARE THAT PETERSEN'S RIFLESHOOTER ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Petersen's Rifleshooter, please call 1-800-627-7975 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

**INTERMEDIA OUTDOORS, INC.**
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

FOR REPRINTS: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media – TOLL FREE 1 (877) 652-5295.

BOOKS, DVD'S, & BACK ISSUES: TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.




# RIFLESHOOTER

RIFLESHOOTERMAG.COM

PUBLISHER Chris AGNES

**EDITORIAL STAFF**

EDITOR IN CHIEF **J. Scott Rupp**
ART DIRECTOR **Heather Ferro**
STAFF PHOTOGRAPHER **Michael Anschuetz**
GROUP ART DIRECTOR **David Kleckner**
COPY EDITOR **Michael Brecklin**

**CONTRIBUTING EDITORS**

**Craig Boddington, Brad Fitzpatrick, David M. Fortier, Rick Hacker, Layne Simpson, Jon R. Sundra, Patrick Sweeney, James Tarr, Stan Trzoniec**

**Kathryn May**, Production Manager
**Al Ziegler**, Production Coordinator

**ENDEMIC AD SALES**

NATIONAL ENDEMIC SALES **Jim McCONVILLE** (440) 327-3610
WESTERN REGION **Hutch Looney** (818) 990-9000
MIDWEST/SOUTHEAST REGION **Rob Walker** (309) 679-5069
EAST COAST REGION **Pat Bentzel** (717) 695-8095
WESTERN REGION **Pat Bartee** (402) 463-4589
MIDWEST REGION **Michael Garrison** (309) 679-5054

**CORPORATE AD SALES**

EAST COAST STRATEGIC ACCOUNT MANAGER
**Kathy Hughett** (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
**Kevin Donley** (248) 798-4458

WEST COAST STRATEGIC ACCOUNT MANAGER
**Mark Hermanson** (714) 306-9900

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
**Anthony Smyth** (914) 693-8700

**RIFLESHOOTER** (ISSN # 1095-4090). November/December 2015, Volume 17, No. 6. Published bi-monthly by OUTDOOR SPORTSMAN GROUP, 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to RifleShooter, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**

Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing RifleShooter, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at rifleshooter@emailcustomerservice.com, or call **TOLL FREE 1 (800) 627-7975**.

**BE AWARE THAT PETERSEN'S RIFLESHOOTER ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT.** If you are offered a subscription to Petersen's Rifleshooter, please call 1-800-627-7975 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

OUTDOOR SPORTSMAN GROUP
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

**FOR REPRINTS**: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media – TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S, & BACK ISSUES**: TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.

The Audit Bureau

TIPPED MatchKing MatchKing
DESIGNATED DRIVER
Sierra MatchKing bullets are tack-driving accurate. Each caliber is flawlessly designed for a specific purpose and built for superior accuracy and consistently high performance. This combination makes MatchKing the designated driver for tactical shooting.
Contact your favorite dealer for the complete line of Sierra bullets or visit www.sierrabullets.com
SIERRA The Bulletsmiths®
© Copyright 2015 Sierra Bullets
1400 West Henry Street | Sedalia, MO 65301 | Tech support: 1-800-223-8799 | Other calls: 1-888-223-3006

REM 700 LONG RANGE UPGRADES
M40 MEDALIST $249
BELL & CARLSON FULL ALUMINUM BEDDING
PACKAGE PRICE!
$488
WYATT'S DETMAG $247
DETACHABLE MAG SYSTEM WITH MAGAZINE
Bell and Carlson
DO IT YOURSELF INSTALLATION
Stocky's®
PHONE (561) 584-8500
America's Gunstock Specialist!
LONG RANGE ACCURACY
www.NewRifleStocks.com

# RifleShooter

**RIFLESHOOTERMAG.COM**

PUBLISHER Chris AGNES

**EDITORIAL STAFF**
EDITOR IN CHIEF  J. Scott Rupp
ART DIRECTOR  Heather Ferro
STAFF PHOTOGRAPHER  Michael Anschuetz
GROUP ART DIRECTOR  David Kleckner
COPY EDITOR  Michael Brecklin

**CONTRIBUTING EDITORS**
Craig Boddington, Brad Fitzpatrick, David M. Fortier, Rick Hacker, Layne Simpson, Jon R. Sundra, Patrick Sweeney, James Tarr, Stan Trzoniec

Kathryn May, Production Manager
Al Ziegler, Production Coordinator

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES  Jim McCONVILLE (440) 327-3610
WESTERN REGION  Hutch Looney (818) 990-9000
MIDWEST/SOUTHEAST REGION  Rob Walker (309) 679-5069
EAST COAST REGION  Pat Bentzel (717) 695-8095
WESTERN REGION  Pat Bartee (402) 463-4589
MIDWEST REGION  Michael Garrison (309) 679-5054

**CORPORATE AD SALES**
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

---

RIFLESHOOTER (ISSN # 1095-4090). January/February 2016, Volume 18, No. 1. Published bi-monthly by OUTDOOR SPORTSMAN GROUP, 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to RifleShooter, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing RifleShooter, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at rifleshooter@emailcustomerservice.com, or call
TOLL FREE 1 (800) 627-7975.
BE AWARE THAT PETERSEN'S RIFLESHOOTER ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Petersen's Rifleshooter, please call 1-800-627-7975 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

OUTDOOR SPORTSMAN GROUP
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

FOR REPRINTS: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media – TOLL FREE 1 (877) 652-5295.

BOOKS, DVD'S, & BACK ISSUES: TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.

   The Audit Bureau



**INTRODUCING THE WORLD'S QUIETEST .30 CALIBER SUPPRESSOR**

**SOCOM300 SPS**

120 dB | 300 Blackout subsonic ammo

**The new SOCOM300 SPS** is the quietest suppressor on the market for both subsonic and supersonic 300 Blackout rifles. This new suppressor also works exceptionally well with 5.56 carbines and .308 or 300WM rifles. Its unprecedented performance is due to the proprietary baffle system that was designed and built here at SureFire to our demanding specifications. Nothing comes close to the capability of this versatile suppressor. It's exactly what you would expect from the company that won the most rigorous USSOCOM evaluation in history.

Ideal for use with 300 Blackout along with 5.56, .308, and 300WM

See video & learn more
www.surefire.com/socom300SPS





**REM 700 LONG RANGE UPGRADES**
PACKAGE PRICE! $488
Bell and Carlson
M40 MEDALIST $249 — BELL & CARLSON FULL ALUMINUM BEDDING
Wyatt's DetMag $247 — DETACHABLE MAG SYSTEM WITH MAGAZINE
DO IT YOURSELF INSTALLATION
Stocky's — America's Gunstock Specialist!
PHONE (561) 584-8500
LONG RANGE ACCURACY
www.NewRifleStocks.com

# RIFLESHOOTER
### RIFLESHOOTERMAG.COM
**PUBLISHER** Chris AGNES

**EDITORIAL STAFF**
EDITOR IN CHIEF  J. Scott Rupp
ART DIRECTOR  Heather Ferro
STAFF PHOTOGRAPHER  Michael Anschuetz
GROUP ART DIRECTOR  David Kleckner
COPY EDITOR  Michael Brecklin

**CONTRIBUTING EDITORS**
Craig Boddington, Brad Fitzpatrick, David M. Fortier, Rick Hacker, Layne Simpson, Jon R. Sundra, Patrick Sweeney, James Tarr, Stan Trzoniec

Kathryn McGlothlen, Production Manager
Al Ziegler, Production Coordinator

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES  Jim McCONVILLE (440) 327-3610
WESTERN REGION  Hutch Looney (818) 990-9000
MIDWEST/SOUTHEAST REGION  Rob Walker (309) 679-5069
EAST COAST REGION  Pat Bentzel (717) 695-8095
WESTERN REGION  Pat Bartee (402) 463-4589
MIDWEST REGION  Michael Garrison (309) 679-5054

**CORPORATE AD SALES**
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy Hughett (646) 225-6559
MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin Donley (248) 798-4458
WEST COAST STRATEGIC ACCOUNT MANAGER
Mark Hermanson (714) 306-9900
DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony Smyth (914) 693-8700

---

RIFLESHOOTER (ISSN # 1095-4090). March/April 2016, Volume 18, No. 2. Published bi-monthly by OUTDOOR SPORTSMAN GROUP, 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to RifleShooter, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing RifleShooter, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at rifleshooter@emailcustomerservice.com, or call
TOLL FREE 1 (800) 627-7975.
BE AWARE THAT PETERSEN'S RIFLESHOOTER ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Petersen's Rifleshooter, please call 1-800-627-7975 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

OUTDOOR SPORTSMAN GROUP
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media – TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S, & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.

  









# RIFLESHOOTER
RIFLESHOOTERMAG.COM
PUBLISHER Chris AGNES

**EDITORIAL STAFF**
EDITOR IN CHIEF  J. Scott Rupp
ART DIRECTOR  Heather Ferro
STAFF PHOTOGRAPHER  Michael Anschuetz
GROUP ART DIRECTOR  David Kleckner
COPY EDITOR  Michael Brecklin

**CONTRIBUTING EDITORS**
Craig Boddington, Brad Fitzpatrick, David M. Fortier,
Rick Hacker, Layne Simpson, Jon R. Sundra, Patrick
Sweeney, James Tarr, Stan Trzoniec

**Kathryn McGlothlen**, Production Manager
**Al Ziegler**, Production Coordinator

**ENDEMIC AD SALES**
NATIONAL ENDEMIC SALES  Jim McCONVILLE (440) 327-3610
WESTERN REGION  Hutch Looney (818) 990-9000
MIDWEST/SOUTHEAST REGION  Rob Walker (309) 679-5069
EAST COAST REGION  Pat Bentzel (717) 695-8095
WESTERN REGION  Pat Bartee (402) 463-4589
MIDWEST REGION  Michael Garrison (309) 679-5054

**CORPORATE AD SALES**
EAST COAST ACCOUNT EXECUTIVE
Kathy Gross (678) 589-2065

MIDWEST ACCOUNT DIRECTOR
Kevin Donley (248) 798-4458

MIDWEST & MOUNTAIN ACCOUNT EXECUTIVE
Carl Benson (312) 955-0496

WEST COAST ACCOUNT EXECUTIVE
Viga Hall (714) 222-1692

DIRECT RESPONSE ADVERTISING NON-ENDEMIC
**ANTHONY SMYTH** (914) 693-8700

**RIFLESHOOTER** (ISSN # 1095-4090). May/June 2016, Volume 18, No. 3. Published bi-monthly by OUTDOOR SPORTSMAN GROUP, 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices.
POSTMASTER: Send address change (Form 3579) to RifleShooter, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**

Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing RifleShooter, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at rifleshooter@emailcustomerservice.com, or call
**TOLL FREE 1 (800) 627-7975**.
BE AWARE THAT PETERSEN'S RIFLESHOOTER ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Petersen's Rifleshooter, please call 1-800-627-7975 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

OUTDOOR SPORTSMAN GROUP
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

FOR REPRINTS: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media – TOLL FREE 1 (877) 652-5295.

BOOKS, DVD'S, & BACK ISSUES: TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.

 



**INVEST IN LONG-RANGE GOALS**

**FIELD LOCKER**
**MIL-SPEC CASES**

High-powered rifles and scopes can lead to legendary results... but only when they are maintained and kept in pristine working condition. Plano's new Field Locker™ Mil-Spec cases provide top-level protection for high-end firearms. Engineered to meet military specifications, these cases ensure you can always trust the shot you take.

**CERTIFIED** BY AN ACCREDITED TEST FACILITY TO MEET THE FOLLOWING MILITARY SPECIFICATIONS PER MIL-STD-810G
IMMERSION ★ VIBRATION ★ DUST ★ TRANSIT DROP

PLANO



serious airgun hunting starts here
**The World's Most Powerful Production Air Rifle.**

With the ability to launch .457 caliber projectiles at over 1000 fps and generating energy levels of over 500 foot pounds, the Texan® takes its place as the world's most powerful production air rifle. Easy to load and simple to use, this big bore air rifle will let you focus on hunting with the knowledge you have enough power to get the job done.

*Shown with optional scope and rings.*

AIRFORCE — Proudly made in Texas, USA
For more information visit us online at **www.airforceairguns.com** or contact us today at 877-247-4867

# RifleShooter
## RIFLESHOOTERMAG.COM
**PUBLISHER** Chris AGNES

### EDITORIAL STAFF
EDITOR IN CHIEF  J. Scott Rupp
ART DIRECTOR  Heather Ferro
STAFF PHOTOGRAPHER  Michael Anschuetz
GROUP ART DIRECTOR  David Kleckner
COPY EDITOR  Michael Brecklin

### CONTRIBUTING EDITORS
Craig Boddington, Brad Fitzpatrick, David M. Fortier, Rick Hacker, Layne Simpson, Jon R. Sundra, Patrick Sweeney, James Tarr, Stan Trzoniec

Kathryn McGlothlen, Production Manager
Al Ziegler, Production Coordinator

### ENDEMIC AD SALES
NATIONAL ENDEMIC SALES  Jim McCONVILLE (440) 327-3610
WESTERN REGION  Hutch Looney (818) 990-9000
MIDWEST/SOUTHEAST REGION  Rob Walker (309) 679-5069
EAST COAST REGION  Pat Bentzel (717) 695-8095
WESTERN REGION  Tom Perrier (605) 348-4652
MIDWEST REGION  Michael Garrison (309) 679-5054

### CORPORATE AD SALES
EAST COAST ACCOUNT EXECUTIVE
**Kathy Gross** (678) 589-2065

MIDWEST ACCOUNT DIRECTOR
**Kevin Donley** (248) 798-4458

WEST COAST, MIDWEST & MOUNTAIN ACCOUNT EXECUTIVE
**Carl Benson** (312) 955-0496

DIRECT RESPONSE ADVERTISING NON-ENDEMIC
**ANTHONY SMYTH** (914) 693-8700

RIFLESHOOTER (ISSN # 1095-4090). July/August 2016, Volume 18, No. 4. Published bi-monthly by OUTDOOR SPORTSMAN GROUP, 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to RifleShooter, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

### SUBSCRIPTION INQUIRIES
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing RifleShooter, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at rflcustserv@cdsfulfillment.com, or call
**TOLL FREE 1 (800) 627-7975.**
BE AWARE THAT PETERSEN'S RIFLESHOOTER ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Petersen's Riflshooter, please call 1-800-627-7975 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

OUTDOOR SPORTSMAN GROUP
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

FOR REPRINTS: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media – TOLL FREE 1 (877) 652-5295.

BOOKS, DVD'S, & BACK ISSUES: TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.

  
MPA  The Audit Bureau