# Exhibit 7

Mastheads from *Handguns* magazine,
June/July 2015 – June/July 2016 (highlighting added


**HKS**

**REVOLVER SPEED LOADER** ONLY $11.95

Super-Fast. Super-Dependable. Loads cartridges into revolver instantly!

**MAGAZINE SPEED LOADER** ONLY $13.95

10 models available. Loads .380, 9mm, 40cal, 45cal, or 10mm single and double stack mags.

Magazine slips into loader and is held in by hand. Depress thumb lever to load.

Loads ammo. into magazines faster and easier than ever!

**.22 Caliber MAGAZINE SPEED LOADER** ONLY $3.95

Featuring: Flex brake arm & lock down stop!

HKS .22 L.R. Cal. loads, Browning, Ruger I & II, Ruger 22/45, Colt, S&W, Mitchell Arms (H.B.)

No more sore fingers when loading .22 mags!

HKS PRODUCTS, INC.
7841 FOUNDATION DR. FLORENCE, KY 41042
SEE YOUR LOCAL DEALER

www.HKSspeedloaders.com
# Intermedia Outdoors

**CHIEF EXECUTIVE OFFICER** Jeff Paro

**EVP, GROUP PUBLISHER, HUNTING & SHOOTING**
Mike Carney

**SENIOR VP, TV OPERATIONS**
**GROUP PUBLISHER, FISHING**
Steve Hoffman

**VP, FINANCE & OPERATIONS**
Derek Sevcik

**VP, STRATEGIC SALES & MARKETING**
Ted Gramkow

**VP, CONSUMER MARKETING**
Peter Watt

**VP, MANUFACTURING**
Deb Daniels

**VP, CONTENT DEVELOPMENT**
Todd Smith

**DIRECTOR, MARKETING & SALES DEVELOPMENT**
John White

**SENIOR DIRECTOR, PUBLISHING TECHNOLOGIES**
Willis Caster

**SENIOR DIRECTOR, PRODUCTION**
Connie Mendoza

## INTERMEDIA OUTDOORS DIGITAL

**VP, DIGITAL SALES**
David Grant

**DIRECTOR, DIGITAL DEVELOPMENT**
Berry Blanton

**DIRECTOR, DIGITAL AD OPS**
Reggie Hudson

**MANAGER, DIGITAL DEVELOPMENT**
Brock Norman

**EDITORIAL DIRECTOR, FISHING**
Jeff Simpson

**ONLINE EDITOR, HUNTING**
Eric Conn

**ONLINE EDITOR, SHOOTING**
Dusty Gibson

**FOR QUESTIONS REGARDING DIGITAL EDITIONS, PLEASE CONTACT**
DIGITALSUPPORT@IMOUTDOORS.COM

## MEDIA
IMOUTDOORSMEDIA.COM

## FISHING
BASSFAN.COM
FLORIDASPORTSMAN.COM
FLYFISHERMAN.COM
GAMEANDFISHMAG.COM
IN-FISHERMAN.COM

## HUNTING
BOWHUNTER.COM
BOWHUNTINGMAG.COM
GUNDOGMAG.COM
PETERSENSHUNTING.COM
NORTHAMERICANWHITETAIL.COM
WILDFOWLMAG.COM

## SHOOTING
GUNSANDAMMO.COM
HANDGUNS.COM
RIFLESHOOTERMAG.COM
SHOOTINGTIMES.COM
SHOTGUNNEWS.COM

## TELEVISION
THESPORTSMANCHANNEL.COM

COPYRIGHT 2015 BY INTERMEDIA OUTDOORS, INC. HANDGUNS® IS A REGISTERED TRADEMARK OF INTERMEDIA OUTDOORS, INC. IN THE UNITED STATES.

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED WITHOUT WRITTEN PERMISSION.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were the suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

# Handguns

AN INTERMEDIA OUTDOORS PUBLICATION
WWW.HANDGUNS.COM

PUBLISHER Chris AGNES

## EDITORIAL STAFF
EDITOR IN CHIEF — J. Scott RUPP
ART DIRECTOR — Heather FERRO
STAFF PHOTOGRAPHER — Michael ANSCHUETZ
GROUP ART DIRECTOR — David KLECKNER
CHIEF COPY EDITOR — Michael BRECKLIN

## CONTRIBUTING EDITORS
Brad FITZPATRICK, Rick HACKER, Richard NANCE, Walt RAUCH, Bob SHELL, Paul SCARLATA, Dave SPAULDING, Patrick SWEENEY, James TARR, Stan TRZONIEC, Joseph VON BENEDIKT

PRODUCTION MANAGER
Kathryn MAY

PRODUCTION COORDINATOR
Al ZIEGLER

## ENDEMIC AD SALES
NATIONAL ENDEMIC SALES
Jim McCONVILLE (440) 327-3610

WESTERN REGION
Hutch LOONEY (818) 990-9000

MIDWEST/SOUTHEAST REGION
Rob WALKER (309) 679-5069

EAST COAST REGION
Pat BENTZEL (717) 695-8095

WESTERN REGION
Pat BARTEE (402) 463-4589

MIDWEST REGION
Michael GARRISON (309) 679-5054

## CORPORATE AD SALES
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy HUGHETT (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin DONLEY (248) 798-4458

WEST COAST STRATEGIC ACCOUNT MANAGER
Mark HERMANSON (714) 306-9900

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony SMYTH (914) 693-8700

HANDGUNS (ISSN # 1068-2635), June/July 2015, VOLUME 29 NUMBER 3. Published bimonthly by INTERMEDIA OUTDOORS, INC., 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to Handguns, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

SUBSCRIPTION INQUIRIES
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Handguns, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at handguns@emailcustomerservice.com, or call TOLL FREE 1-800-800-4486.

BE AWARE THAT HANDGUNS ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Handguns, please call 1-800-800-4486 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

InterMedia Outdoors, Inc.
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

FOR REPRINTS: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

BOOKS, DVD'S, & BACK ISSUES: TOLL FREE 1 (800) 266-6397 or visit our on-line store at www.imoutdoors.com/store.


Printed in the U.S.A.


MPA — The Audit Bureau

# THE WORLD'S BEST HANDGUN SIGHTS

**NEW!**

**COMPATIBLE WITH GLOCK 43**

# TFX™

TRITIUM FIBER-OPTIC XTREME TECHNOLOGY

## BRIGHT, DAY/NIGHT AND VIRTUALLY INDESTRUCTIBLE

▶ **BRIGHT** -- Utilizes the world's best Swiss tritium for maximum brightness.

▶ **DAY/NIGHT** -- Unmatched visibility in all shooting conditions 24/7; visible in daylight, low-light or no light.

▶ **VIRTUALLY INDESTRUCTIBLE** -- Hermetically sealed. Impervious to oils, chemicals, solvents and ultra-sonic cleaners.

SCAN TO VIEW TFX VIDEO

ONLY BY **TRUGLO**
WHEN BRIGHTNESS COUNTS™

WWW.TRUGLO.COM

# RIFLESHOOTER
RIFLESHOOTERMAG.COM



# HANDGUNS

AN INTERMEDIA OUTDOORS PUBLICATION
WWW.HANDGUNS.COM

PUBLISHER **Chris AGNES**

### EDITORIAL STAFF
EDITOR IN CHIEF — **J. Scott RUPP**
ART DIRECTOR — **Heather FERRO**
STAFF PHOTOGRAPHER — **Michael ANSCHUETZ**
GROUP ART DIRECTOR — **David KLECKNER**
CHIEF COPY EDITOR — **Michael BRECKLIN**

### CONTRIBUTING EDITORS
Brad FITZPATRICK, Rick HACKER, Richard NANCE, Walt RAUCH, Bob SHELL, Paul SCARLATA, Dave SPAULDING, Patrick SWEENEY, James TARR, Stan TRZONIEC, Joseph VON BENEDIKT

PRODUCTION MANAGER
**Kathryn MAY**

PRODUCTION COORDINATOR
**Al ZIEGLER**

### ENDEMIC AD SALES
NATIONAL ENDEMIC SALES
**Jim McCONVILLE** (440) 791-7017

WESTERN REGION
**Hutch LOONEY** (818) 990-9000

MIDWEST/SOUTHEAST REGION
**Rob WALKER** (309) 679-5069

EAST COAST REGION
**Pat BENTZEL** (717) 695-8095

WESTERN REGION
**Pat BARTEE** (402) 463-4589

MIDWEST REGION
**Michael GARRISON** (309) 679-5054

### CORPORATE AD SALES
EAST COAST STRATEGIC ACCOUNT MANAGER
**Kathy HUGHETT** (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
**Kevin DONLEY** (248) 798-4458

WEST COAST STRATEGIC ACCOUNT MANAGER
**Mark HERMANSON** (714) 306-9900

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
**Anthony SMYTH** (914) 693-8700

**HANDGUNS** (ISSN # 1068-2635), August/September 2015, VOLUME 29 NUMBER 4. Published bimonthly by INTERMEDIA OUTDOORS, INC., 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. **POSTMASTER:** Send address change (Form 3579) to Handguns, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Handguns, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at handguns@emailcustomerservice.com., or call TOLL FREE 1-800-800-4486.

**BE AWARE THAT HANDGUNS ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS!** WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Handguns, please call 1-800-800-4486 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

InterMedia Outdoors, Inc.
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

**FOR REPRINTS:** For Reprints/eprints or Licensing/Permissions, please contact: Wright's Media -- TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S, & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.

 

# Outdoor Sportsman GROUP

**CHIEF EXECUTIVE OFFICER** Jeff Paro

EVP, GROUP PUBLISHER,
HUNTING & SHOOTING
Mike Carney

SENIOR VP, TV OPERATIONS
GROUP PUBLISHER, FISHING
Steve Hoffman

VP, FINANCE & OPERATIONS
Derek Sevcik

VP, STRATEGIC SALES & MARKETING
Ted Gramkow

VP, CONSUMER MARKETING
Peter Watt

VP, MANUFACTURING
Deb Daniels

VP, CONTENT DEVELOPMENT
Todd Smith

DIRECTOR, MARKETING & SALES DEVELOPMENT
John White

SENIOR DIRECTOR, PRODUCTION
Connie Mendoza

## OUTDOOR SPORTSMAN DIGITAL

VP, DIGITAL SALES
David Grant

DIRECTOR, DIGITAL DEVELOPMENT
Berry Blanton

DIRECTOR, DIGITAL AD OPS
Reggie Hudson

MANAGER, DIGITAL DEVELOPMENT
Brock Norman

EDITORIAL DIRECTOR, FISHING
Jeff Simpson

FOR QUESTIONS REGARDING DIGITAL EDITIONS, PLEASE CONTACT
DIGITALSUPPORT@OUTDOORSG.COM

**MEDIA**
OUTDOORSG.COM

**FISHING**
BASSFAN.COM
FLORIDASPORTSMAN.COM
FLYFISHERMAN.COM
GAMEANDFISHMAG.COM
IN-FISHERMAN.COM

**HUNTING**
BOWHUNTER.COM
BOWHUNTINGMAG.COM
GUNDOGMAG.COM
PETERSENSHUNTING.COM
NORTHAMERICANWHITETAIL.COM
WILDFOWLMAG.COM

**SHOOTING**
GUNSANDAMMO.COM
HANDGUNS.COM
RIFLESHOOTERMAG.COM
SHOOTINGTIMES.COM
SHOTGUNNEWS.COM

**TELEVISION**
OUTDOORCHANNEL.COM
THESPORTSMANCHANNEL.COM
WORLDFISHINGNETWORK.COM

COPYRIGHT © 2015 BY OUTDOOR SPORTSMAN GROUP, INC. HANDGUNS® IS A REGISTERED TRADEMARK OF OUTDOOR SPORTSMAN GROUP IN THE UNITED STATES. ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED WITHOUT WRITTEN PERMISSION.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance or use of the information is solely at your own risk, and the Publisher and authors disclaim any and all liability relating thereto. Any prices given in this issue were the suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

WWW.HANDGUNS.COM

---

# HANDGUNS

AN OUTDOOR SPORTSMAN GROUP PUBLICATION
WWW.HANDGUNS.COM

PUBLISHER **Chris AGNES**

## EDITORIAL STAFF

EDITOR IN CHIEF **J. Scott RUPP**
ART DIRECTOR **Heather FERRO**
STAFF PHOTOGRAPHER **Michael ANSCHUETZ**
GROUP ART DIRECTOR **David KLECKNER**
CHIEF COPY EDITOR **Michael BRECKLIN**

### CONTRIBUTING EDITORS
Brad FITZPATRICK, Rick HACKER, Richard NANCE,
Walt RAUCH, Bob SHELL, Paul SCARLATA,
Dave SPAULDING, Patrick SWEENEY, James TARR,
Stan TRZONIEC, Joseph VON BENEDIKT

PRODUCTION MANAGER
Kathryn MAY

PRODUCTION COORDINATOR
Ai ZIEGLER

### ENDEMIC AD SALES

NATIONAL ENDEMIC SALES
Jim McCONVILLE (440) 791-7017

WESTERN REGION
Hutch LOONEY (818) 990-9000

MIDWEST/SOUTHEAST REGION
Rob WALKER (309) 679-5069

EAST COAST REGION
Pat BENTZEL (717) 695-8095

WESTERN REGION
Pat BARTEE (402) 463-4589

MIDWEST REGION
Michael GARRISON (309) 679-5054

### CORPORATE AD SALES

EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy HUGHETT (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin DONLEY (248) 798-4458

WEST COAST STRATEGIC ACCOUNT MANAGER
Mark HERMANSON (714) 306-9900

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony SMYTH (914) 693-8700

HANDGUNS (ISSN # 1068-2635), October/November 2015, VOLUME 29 NUMBER 5. Published bimonthly by OUTDOOR SPORTSMAN GROUP, 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to Handguns, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Handguns, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at handguns@emailcustomerservice.com, or call TOLL FREE 1-800-800-4486.

**BE AWARE THAT HANDGUNS ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS!** WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Handguns, please call 1-800-800-4486 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

Outdoor Sportsman Group
1040 6th Ave., 12th Floor
New York, NY  10018-3703
Attn:  Privacy Coordinator

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S, & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com.






BECOME A BETTER SHOOTER OVER NITE.

INTRODUCING HIVIZ® NITESIGHT™

TRITIUM TECHNOLOGY FOR SUPERIOR TACTICAL NIGHTTIME VISIBILITY.

HIVIZ® NITESIGHTS™ feature laser sealed tritium inserts encapsulated within an aluminum sleeve and capped with a crimped sapphire protective lens for maximum brightness and extreme durability in the toughest conditions.

SEE WHAT YOU'VE BEEN MISSING®

HI VIZ® SHOOTING SYSTEMS

WWW.HIVIZSIGHTS.COM
800.589.4315

# HANDGUNS

**AN OUTDOOR SPORTSMAN GROUP PUBLICATION**
WWW.HANDGUNS.COM

PUBLISHER **Chris AGNES**

### EDITORIAL STAFF

| | |
|---|---|
| EDITOR IN CHIEF | J. Scott RUPP |
| ART DIRECTOR | Heather FERRO |
| STAFF PHOTOGRAPHER | Michael ANSCHUETZ |
| GROUP ART DIRECTOR | David KLECKNER |
| CHIEF COPY EDITOR | Michael BRECKLIN |

### CONTRIBUTING EDITORS
Brad FITZPATRICK, Rick HACKER, Richard NANCE,
Walt RAUCH, Bob SHELL, Paul SCARLATA,
Dave SPAULDING, Patrick SWEENEY, James TARR,
Stan TRZONIEC, Joseph VON BENEDIKT

PRODUCTION MANAGER
**Kathryn MCGLOTHLEN**

PRODUCTION COORDINATOR
**Al ZIEGLER**

### ENDEMIC AD SALES
NATIONAL ENDEMIC SALES
**Jim McCONVILLE** (440) 791-7017

WESTERN REGION
**Hutch LOONEY** (818) 990-9000

MIDWEST/SOUTHEAST REGION
**Rob WALKER** (309) 679-5069

EAST COAST REGION
**Pat BENTZEL** (717) 695-8095

WESTERN REGION
**Pat BARTEE** (402) 463-4589

MIDWEST REGION
**Michael GARRISON** (309) 679-5054

### CORPORATE AD SALES
EAST COAST STRATEGIC ACCOUNT MANAGER
**Kathy HUGHETT** (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
**Kevin DONLEY** (248) 798-4458

WEST COAST STRATEGIC ACCOUNT MANAGER
**Mark HERMANSON** (714) 306-9900

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
**Anthony SMYTH** (914) 693-8700

**HANDGUNS** (ISSN # 1068-2635), December 2015/January 2016, VOLUME 29 NUMBER 6. Published bimonthly by OUTDOOR SPORTSMAN GROUP, 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to Handguns, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Handguns, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at handguns@emailcustomerservice.com., or call TOLL FREE 1-800-800-4486.

**BE AWARE THAT HANDGUNS ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT.** If you are offered a subscription to Handguns, please call 1-800-800-4486 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

Outdoor Sportsman Group
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S, & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com.

 

Printed in the U.S.A.



## ULTRA COMPACT.
## HIGHLY CONCEALABLE.
## ALWAYS PREPARED.

(shown on Glock 19)

### Introducing the new ultra-compact XC1

The formidable XC1—designed to bring all-important white light to most compact handguns—boasts a wide MaxVision Beam engineered to maintain situational awareness, while its smooth pattern, with no hot spot, was optimized for the human eye. Its incomparable beam pattern, intuitive switching, and concealable size put it in a class all by itself. Never fight blind. Get your hands on the most anticipated pistol light of the year.



- **200-Lumen MaxVision Beam™**
- **Designed for railed compact handguns**
- **Weighs just 1.6 ounces**
- **Powered by one AAA battery**

See video & learn more
www.surefire.com/XC1

 



Battle proven tactical gear.
Designed by warriors
for warriors.

**VIKINGTACTICS.COM**

# HANDGUNS

AN OUTDOOR SPORTSMAN GROUP PUBLICATION
WWW.HANDGUNS.COM

PUBLISHER Chris AGNES

### EDITORIAL STAFF
EDITOR IN CHIEF J. Scott RUPP
ART DIRECTOR Heather FERRO
STAFF PHOTOGRAPHER Michael ANSCHUETZ
GROUP ART DIRECTOR David KLECKNER
CHIEF COPY EDITOR Michael BRECKLIN

### CONTRIBUTING EDITORS
Brad FITZPATRICK, Rick HACKER, Richard NANCE,
Walt RAUCH, Bob SHELL, Paul SCARLATA,
Dave SPAULDING, Patrick SWEENEY, James TARR,
Stan TRZONIEC, Joseph VON BENEDIKT

PRODUCTION MANAGER
Kathryn McGLOTHLEN

PRODUCTION COORDINATOR
Al ZIEGLER

### ENDEMIC AD SALES
NATIONAL ENDEMIC SALES
Jim McCONVILLE (440) 791-7017

WESTERN REGION
Hutch LOONEY (818) 990-9000

MIDWEST/SOUTHEAST REGION
Rob WALKER (309) 679-5069

EAST COAST REGION
Pat BENTZEL (717) 695-8095

WESTERN REGION
Pat BARTEE (402) 463-4589

MIDWEST REGION
Michael GARRISON (309) 679-5054

### CORPORATE AD SALES
EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy HUGHETT (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin DONLEY (248) 798-4458

WEST COAST STRATEGIC ACCOUNT MANAGER
Mark HERMANSON (714) 306-9900

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony SMYTH (914) 693-8700

**HANDGUNS** (ISSN # 1068-2635), February/March 2016, VOLUME 30 NUMBER 1. Published bimonthly by OUTDOOR SPORTSMAN GROUP, 1040 6th Ave., 12th Floor, New York, NY, and at additional mailing offices. **POSTMASTER:** Send address change (Form 3579) to Handguns, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**
Should you wish to change your subscription, order new subscriptions, or report a problem with your current subscription, you can do so by writing Handguns, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at handguns@emailcustomerservice.com., or call TOLL FREE 1-800-800-4486.

**BE AWARE THAT HANDGUNS ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT.** If you are offered a subscription to Handguns, please call 1-800-800-4486 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

Outdoor Sportsman Group
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media -- TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S, & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

  

Printed in the U.S.A.



## ULTRA COMPACT.
## HIGHLY CONCEALABLE.
## ALWAYS PREPARED.

### Introducing the new ultra-compact XC1

The formidable XC1—designed to bring all-important white light to most compact handguns—boasts a wide MaxVision Beam engineered to maintain situational awareness, while its smooth pattern, with no hot spot, was optimized for the human eye. Its incomparable beam pattern, intuitive switching, and concealable size put it in a class all by itself. Never fight blind. Get your hands on the most anticipated pistol light of the year.



- 200-Lumen MaxVision Beam™
- Designed for railed compact handguns
- Weighs just 1.6 ounces
- Powered by one AAA battery

See video & learn more
www.surefire.com/XC1





*Battle proven tactical gear.
Designed by warriors
for warriors.*

VIKINGTACTICS.COM

# Handguns

AN OUTDOOR SPORTSMAN GROUP PUBLICATION
WWW.HANDGUNS.COM

PUBLISHER Chris AGNES

### EDITORIAL STAFF

| | |
|---|---|
| EDITOR IN CHIEF | J. Scott RUPP |
| ART DIRECTOR | Heather FERRO |
| STAFF PHOTOGRAPHER | Michael ANSCHUETZ |
| GROUP ART DIRECTOR | David KLECKNER |
| CHIEF COPY EDITOR | Michael BRECKLIN |

### CONTRIBUTING EDITORS

Brad FITZPATRICK, Rick HACKER, Richard NANCE, Walt RAUCH, Bob SHELL, Paul SCARLATA, Dave SPAULDING, Patrick SWEENEY, James TARR, Stan TRZONIEC, Joseph VON BENEDIKT

PRODUCTION MANAGER
Kathryn MCGLOTHLEN

PRODUCTION COORDINATOR
Al ZIEGLER

### ENDEMIC AD SALES

NATIONAL ENDEMIC SALES
Jim McCONVILLE (440) 791-7017

WESTERN REGION
Hutch LOONEY (818) 990-9000

MIDWEST/SOUTHEAST REGION
Rob WALKER (309) 679-5069

EAST COAST REGION
Pat BENTZEL (717) 695-8095

WESTERN REGION
Pat BARTEE (402) 463-4589

MIDWEST REGION
Michael GARRISON (309) 679-5054

### CORPORATE AD SALES

EAST COAST STRATEGIC ACCOUNT MANAGER
Kathy HUGHETT (646) 225-6559

MIDWEST & DETROIT STRATEGIC ACCOUNT MANAGER
Kevin DONLEY (248) 798-4458

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
Anthony SMYTH (914) 693-8700

HANDGUNS (ISSN # 1068-2635), April/May 2016, VOLUME 30 NUMBER 2. Published bimonthly by OUTDOOR SPORTSMAN GROUP, 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to Handguns, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

SUBSCRIPTION INQUIRIES
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Handguns, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at handguns@emailcustomerservice.com, or call TOLL FREE 1-800-800-4486.

BE AWARE THAT HANDGUNS ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS! WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Handguns, please call 1-800-800-4486 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your current address label and a note requesting to be excluded from these promotions to:

Outdoor Sportsman Group
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

FOR REPRINTS: For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media -- TOLL FREE 1 (877) 652-5295.

BOOKS, DVD'S, & BACK ISSUES: TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com.

Printed in the U.S.A.






THE WORLD'S BEST HANDGUN SIGHTS

# ALWAYS READY

## TFX
### TRITIUM FIBER-OPTIC XTREME TECHNOLOGY
### DAY/NIGHT SIGHTS

When the pressure is on you have to be strong. TFX sights are hermetically sealed and virtually indestructible. With the world's best Swiss tritium combined with bright fiber optics, TFX is ready 24/7. Visit TRUGLO.COM to view the entire line of tactical optics and accessories.

**TRUGLO**
WHEN BRIGHTNESS COUNTS

WWW.TRUGLO.COM

---



## gunFIGHT!
### AN INTEGRATED APPROACH TO SHOOTING AND FIGHTING IN CLOSE QUARTERS

## gunFIGHT!
by **Richard Nance**

**NEW!**

Writer - Guns & Ammo/Handguns
TV Host - Handguns & Defensive Weapons
Owner - WARTAC CQC, LLC

*"Required reading for anyone carrying a firearm!"*
Sgt. Major Kyle E. Lamb (R)
Former 1st SFOD-D Delta Force Operator

**Over 200 Step-by-Step Photos!**

ISBN 978-1-60885-140-9    $23.95

**ORDER NOW! 800.647.5547 / www.looseleaflaw.com**

# **Outdoor Sportsman Group**
### INTEGRATED MEDIA

**CHIEF EXECUTIVE OFFICER** Jeff Paro

**EVP, GROUP PUBLISHER, HUNTING & SHOOTING**
Mike Carney

**SENIOR VP, TV OPERATIONS**
**GROUP PUBLISHER, FISHING**
Steve Hoffman

**VP, FINANCE & OPERATIONS**
Derek Sevcik

**VP, CONSUMER MARKETING**
Peter Watt

**VP, MANUFACTURING**
Deb Daniels

**VP, CONTENT DEVELOPMENT**
Todd Smith

**VP, DIGITAL SALES**
David Plante

**SENIOR DIRECTOR, PRODUCTION**
Connie Mendoza

**DIRECTOR, PUBLISHING TECHNOLOGY**
Kyle Morgan

## OUTDOOR SPORTSMAN DIGITAL

**DIRECTOR, DIGITAL DEVELOPMENT**
Berry Blanton

**DIRECTOR, DIGITAL AD OPS**
Reggie Hudson

**EDITORIAL DIRECTOR, FISHING**
Jeff Simpson

**EDITORIAL DIRECTOR, HUNTING/SHOOTING**
Randy Hynes

FOR QUESTIONS REGARDING DIGITAL EDITIONS, PLEASE CONTACT
DIGITALSUPPORT@OUTDOORSG.COM

**MEDIA**
OUTDOORSG.COM

**FISHING**
BASSFAN.COM
FLORIDASPORTSMAN.COM
FLYFISHERMAN.COM
GAMEANDFISHMAG.COM
IN-FISHERMAN.COM

**HUNTING**
BOWHUNTER.COM
BOWHUNTINGMAG.COM
GUNDOGMAG.COM
PETERSENSHUNTING.COM
NORTHAMERICANWHITETAIL.COM
WILDFOWLMAG.COM

**SHOOTING**
GUNSANDAMMO.COM
HANDGUNS.COM
RIFLESHOOTERMAG.COM
SHOOTINGTIMES.COM
FIREARMSNEWS.COM

**TELEVISION**
OUTDOORCHANNEL.COM
THESPORTSMANCHANNEL.COM
WORLDFISHINGNETWORK.COM

COPYRIGHT 2016 BY OUTDOOR SPORTSMAN GROUP, INC. HANDGUNS® IS A REGISTERED TRADEMARK OF OUTDOOR SPORTSMAN GROUP IN THE UNITED STATES.

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED WITHOUT WRITTEN PERMISSION.

The Publisher and authors make no representations or warranties regarding the accuracy, completeness, and timeliness of the information contained in this publication. Any reliance on the use of information is solely at your own risk, and the authors and Publisher disclaim any and all liability relating thereto. Any prices given in this issue were the suggested prices at the press time and are subject to change.

Some advertisements in this magazine may concern products that are not legally for sale to California residents or residents in other jurisdictions.

# HANDGUNS
**AN OUTDOOR SPORTSMAN GROUP PUBLICATION**
WWW.HANDGUNS.COM

PUBLISHER **Chris AGNES**

### EDITORIAL STAFF
EDITOR IN CHIEF    **J. Scott RUPP**
ART DIRECTOR    **Heather FERRO**
STAFF PHOTOGRAPHER    **Michael ANSCHUETZ**
GROUP ART DIRECTOR    **David KLECKNER**
CHIEF COPY EDITOR    **Michael BRECKLIN**

### CONTRIBUTING EDITORS
Brad FITZPATRICK, Rick HACKER, Richard NANCE, Walt RAUCH, Bob SHELL, Paul SCARLATA, Dave SPAULDING, Patrick SWEENEY, James TARR, Stan TRZONIEC, Joseph VON BENEDIKT

PRODUCTION MANAGER
**Kathryn MCGLOTHLEN**

PRODUCTION COORDINATOR
**Al ZIEGLER**

### ENDEMIC AD SALES
NATIONAL ENDEMIC SALES
**Jim McCONVILLE** (440) 791-7017

WESTERN REGION
**Hutch LOONEY** (818) 990-9000

MIDWEST/SOUTHEAST REGION
**Rob WALKER** (309) 679-5069

EAST COAST REGION
**Pat BENTZEL** (717) 695-8095

WESTERN REGION
**Tom PERRIER** (605) 348-4652

MIDWEST REGION
**Michael GARRISON** (309) 679-5054

### CORPORATE AD SALES
EAST COAST ACCOUNT EXECUTIVE
**Kathy GROSS** (678) 589-2065

MIDWEST ACCOUNT DIRECTOR
**Kevin DONLEY** (248) 798-4458

WEST COAST, MIDWEST & MOUNTAIN ACCOUNT EXECUTIVE
**Carl BENSON** (312) 955-0496

DIRECT RESPONSE ADVERTISING/NON-ENDEMIC
**Anthony SMYTH** (693) 693-8700

**HANDGUNS** (ISSN # 1068-2635), June/July 2016, VOLUME 30 NUMBER 3. Published bimonthly by OUTDOOR SPORTSMAN GROUP. 1040 6th Ave., 12th Floor, New York, NY 10018-3703. Periodical postage paid at New York, NY, and at additional mailing offices. POSTMASTER: Send address change (Form 3579) to Handguns, P.O. Box 37539, Boone, IA 50037-0539. Return undeliverable Canadian addresses to: 500 R. 46 East, Clifton, NJ 07011. Canada Post Publications Mail Agreement No. 41405030.

**SUBSCRIPTION INQUIRIES**
Should you wish to change your address, order new subscriptions, or report a problem with your current subscription, you can do so by writing Handguns, P.O. Box 37539, Boone, IA 50037-0539, or e-mail us at handguns@emailcustomerservice.com., or call TOLL FREE 1-800-800-4486.

**BE AWARE THAT HANDGUNS ONLY ACCEPTS SUBSCRIPTION REQUESTS FROM AUTHORIZED AGENTS!** WE MAY NOT HONOR REQUESTS FROM UNAUTHORIZED AGENTS, AND YOU THEREFORE MAY LOSE YOUR MONEY IF YOU BUY FROM AN UNAUTHORIZED AGENT. If you are offered a subscription to Handguns, please call 1-800-800-4486 to determine if the agent is authorized. For more information on subscription scams, please visit www.ftc.gov.

Subscription rate for one year is $19.94 (U.S., APO, FPO, and U.S. possessions). Canada add $13.00 (U.S. funds) per year, includes sales tax and GST. Foreign add $15.00 (U.S. funds) per year.

Occasionally, our subscriber list is made available to reputable firms offering goods and services that we believe would be of interest to our readers. If you prefer to be excluded, please send your request along with address label and a note requesting to be excluded from these promotions to:

Outdoor Sportsman Group
1040 6th Ave., 12th Floor
New York, NY 10018-3703
Attn: Privacy Coordinator

**FOR REPRINTS:** For Reprints/Eprints or Licensing/Permissions, please contact: Wright's Media — TOLL FREE 1 (877) 652-5295.

**BOOKS, DVD'S, & BACK ISSUES:** TOLL FREE 1 (800) 260-6397 or visit our on-line store at www.imoutdoors.com/store.

Printed in the U.S.A.






**"BABY" Desert Eagle III**

STEEL FRAME
Full size
Barrel: 4.43"
Calibers: 9mm, .40 S&W and .45 ACP

www.magnumresearch.com