IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated, | Case No. 21-cv-11404-TLL-PTM<br>Honorable Thomas L. Ludington<br>Honorable Patricia T. Morris |
| Plaintiffs, | |
| v. | |
| KSE SPORTSMAN MEDIA, INC., d/b/a OUTDOOR SPORTSMAN GROUP, INC., | |
| Defendant. | |

**DEFENDANT'S NOTICE OF CONSTITUTIONAL
QUESTION REGARDING MICHIGAN'S PRESERVATION
OF PERSONAL PRIVACY ACT**

Pursuant to FED. R. CIV. P. 5.1, Defendant KSE Sportsman Media, Inc. d/b/a Outdoor Sportsman Group, Inc. ("KSE") hereby notifies Michigan's Attorney General, Dana Nessel, of a constitutional challenge to Michigan's Preservation of Personal Privacy Act, MICH. COMP. LAW § 445.1711 *et seq.* (the "PPPA").

On June 15, 2021, Plaintiffs filed a Class Action Complaint against KSE, alleging violations of the PPPA. *See* ECF No. 1. KSE subsequently filed a Motion for Judgment on the Pleadings pursuant to FED. R. CIV. P 12(c), arguing that Plaintiffs cannot prevail on their claims because the PPPA is an unconstitutional special law in violation of Art. 4, § 29 of the Michigan Constitution. A copy of the

Motion, filed today in the Eastern District of Michigan, is attached.

Dated:  August 19, 2022   Respectfully submitted,

/s/ *Jonathan E. Lauderbach*
Jonathan E.  Lauderbach (P51313)
WARNER NORCROSS + JUDD LLP
715 East Main Street, Suite 110
Midland MI  48640
(989) 698-3701
jlauderbach@wnj.com

-and-

Mary Quinn Cooper, OBA #11966
Kathy R. Neal, OBA #674
Katie G. Crane, OBA #34575
MCAFEE & TAFT, P.C.
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000
(918) 599-9317 (FAX)
maryquinn.cooper@mcafeetaft.com
kathy.neal@mcafeetaft.com
katie.crane@mcafeetaft.com

*Attorneys for Defendant KSE Sportsman Media, Inc. d/b/a Outdoor Sportsman Group, Inc.*

## **CERTIFICATE OF SERVICE**

      Jonathan E. Lauderbach states that on August 19, 2022, he did serve a copy of this *Notice of Constitutional Question Regarding Michigan's Preservation of Personal Privacy Act* via the Court's ECF system, which will provide notice to all parties of record, as well as via certified mail to:

      Hon. Dana Nessel
      Attorney General
      State of Michigan
      525 West Ottawa Street
      Lansing, Michigan 48909

                                  /s/Jonathan E. Lauderbach
                                  Jonathan E. Lauderbach