UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Pratt, et al.,

                Plaintiff(s),

v.                                        Case No. 1:21–cv–11404–TLL–PTM
                                                 Hon. Thomas L. Ludington

Outdoor Sportsman Group, Inc.,
et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Patricia T. Morris for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion to Seal – #48

                                                 s/Thomas L. Ludington
                                               Thomas L. Ludington
                                               United States District Judge

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                 s/K Winslow
                                                 Case Manager

Dated:   August 26, 2022