UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Pratt, et al.,

                    Plaintiff(s),

v.                                           Case No. 1:21−cv−11404−TLL−PTM
                                           Hon. Thomas L. Ludington

Outdoor Sportsman Group, Inc.,
et al.,

                    Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Patricia T. Morris at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.  The following motion(s) are scheduled for hearing:

      Motion to Seal − #48

- RESOLVED/UNRESOLVED ISSUES DEADLINE:  September 6, 2022

- MOTION HEARING:  September 13, 2022 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Castaneda
                                                        Case Manager

Dated:   August 31, 2022