UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRATT, et al.,

    *Plaintiffs*,

CASE NO. 21-11404
DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE PATRICIA T. MORRIS

v.

KSE SPORTSMAN MEDIA, INC.,

    D*efendant.*
_____/

### ORDER ON PLAINTIFF'S MOION TO COMPEL AND TO SEAL
### (ECF No. 40, 41, 38 AND 48)

Plaintiffs filed two motions to seal (ECF Nos. 38 & 48) and a motion to compel (ECF Nos. 40 & 41) and oral argument was held on September 13, 2022. For the reasons further stated on the record, the motions to seal (ECF Nos. 38 & 48) are GRANTED and the motions to compel (ECF Nos. 40 & 41) are DENIED.

**IT IS ORDERED.**

Date: September 13, 2022

    S/ PATRICIA T. MORRIS
    Patricia T. Morris
    United States Magistrate Judge