IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KSE SPORTSMAN MEDIA, INC.<br><br>Defendant. | Case No. 21-cv-11404-TLL-PTM<br><br>**HON. THOMAS L. LUDINGTON** |

## JOINT STATUS REPORT TO THE COURT

Plaintiffs Richard Pratt and Larry Jones and Defendant KSE Sportsman Media, Inc. (together with Plaintiffs, the "Parties") state as follows:

Pursuant to the Court's September 20, 2022, Stipulated Order (ECF No. 57), the Parties inform the Court that, on December 14, 2022, the Parties conducted a mediation with The Honorable James F. Holderman (Ret.) of JAMS Chicago. While the mediation was unsuccessful, the Parties made progress and are continuing their negotiations through Judge Holderman. The Parties therefore respectfully request that the Court extend the stay by thirty (30) days to preserve the status quo while they continue to work with Judge Holderman to see if a resolution can be achieved. The Parties will submit a joint status report on or before February 2, 2023, to update the Court on the status of their settlement negotiations, including whether a schedule should be reset for the remainder of the case.

December 19, 2022                                    Respectfully Submitted:


| */s/ E. Powell Miller* | */s/ Jonathan E. Lauderbach w/permission* |
|---|---|
| THE MILLER LAW FIRM, P.C. | WARNER NORCROSS + JUDD LLP |
| E. Powell Miller (P39487) | Jonathan E. Lauderbach (P51313) |
| Sharon S. Almonrode (P33938) | 715 East Main Street, Suite 110 |
| 950 W. University Drive, Suite 300 | Midland, MI 48640 |
| Rochester, MI 48307 | (989) 698-3701 |
| (248) 841-2200 | jlauderbach@wnj.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | MCAFEE & TAFT, P.C. |
| | Mary Quinn Cooper |
| BURSOR & FISHER, P.A. | Kathy R. Neal |
| Joseph I. Marchese (P85862) | Katie G. Crane |
| Philip L. Fraietta (P85228) | Williams Center Tower II |
| 888 Seventh Avenue | Two West Second Street, Suite 1100 |
| New York, New York 10019 | Tulsa, Oklahoma 74103 |
| (646) 837-7150 | (918) 587-0000 |
| jmarchese@bursor.com | maryquinn.cooper@mcafeetaft.com |
| pfraietta@bursor.com | kathy.neal@mcafeetaft.com |
| | katie.crane@mcafeetaft.com |
| HEDIN HALL LLP | |
| Frank S. Hedin | *Attorneys for Defendant* |
| Arun G. Ravindran | |
| 1395 Brickell Ave, Suite 1140 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |
| aravindran@hedinhall.com | |
| | |
| *Attorneys for Plaintiffs* | |

Dated: December 19, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

>*/s/ E. Powell Miller*
>E. Powell Miller (P39487)
>**THE MILLER LAW FIRM, P.C.**
>950 W. University Dr., Ste. 300
>Rochester, MI 48307
>Tel: (248) 841-2200
>epm@millerlawpc.com