UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>KSE SPORTSMAN MEDIA, INC., d/b/a OUTDOOR SPORTSMAN GROUP, INC.,<br><br>　　Defendant. | Case No. 1:21-cv-11404<br><br>Honorable Thomas L. Ludington |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW WILLIAM KALAS AS ONE OF COUNSEL FOR PLAINTIFF**

Pursuant to L.R. 83.25(b)(2), undersigned counsel respectfully moves for leave to withdraw the appearance of William Kalas as one of the counsel of record for Plaintiffs in the above captioned action. As of January 13, 2023, Mr. Kalas is no longer with The Miller Law Firm, P.C.

No substitution of counsel is necessary as Plaintiffs continue to be represented by other attorneys of record from The Miller Law Firm, P.C., Bursor & Fisher, P.A., and Hedin Hall LLP.

Concurrence was sought from defense counsel on January 27, 2023, and counsel for Defendant concurred in the request on January 29, 2023.

Dated: January 30, 2023

Respectfully submitted,

By: /s/ *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
THE MILLER LAW FIRM PC
950 West University Drive, Ste. 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiffs and the putative class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KSE SPORTSMAN MEDIA, INC., d/b/a OUTDOOR SPORTSMAN GROUP, INC.,<br><br>Defendant. | Case No. 1:21-cv-11404<br><br>Honorable Thomas L. Ludington |

## BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO WITHDRAW WILLIAM KALAS AS ONE OF COUNSEL FOR PLAINTIFF

For their brief in support, Plaintiffs rely on the contents of its Motion.

Dated: January 30, 2023

Respectfully submitted,

By: /s/ *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
THE MILLER LAW FIRM PC
950 West University Drive, Ste. 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.

888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiffs and the putative class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com