UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and for all others similarly situated,

    Plaintiffs,        Case No. 1:21-cv-11404

v.                Honorable Thomas L. Ludington
                 United States District Judge
KSE SPORTSMAN MEDIA, INC., d/b/a
OUTDOOR SPORTSMAN GROUP, INC.,

    Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW PLAINTIFFS' COUNSEL**

On January 30, 2023, Attorney William Kalas filed a motion to withdraw as counsel for Plaintiffs in the above-captioned case because he is no longer working for The Miller Law Firm, which represents Plaintiffs. ECF No. 60. Miller Law Firm has four other attorneys who will continue to represent Plaintiffs, so no substitution is necessary. *See id.*

Accordingly, it is **ORDERED** that Plaintiffs' Motion to Withdraw William Kalas as Plaintiffs' counsel, ECF No. 60, is **GRANTED**.

Further, it is **ORDERED** that Attorney William Kalas is **WITHDRAWN** from the above-captioned case and will not receive notifications for it.

**This is not a final order and does not close the above-captioned case**.

Dated: January 30, 2023        s/Thomas L. Ludington
                    THOMAS L. LUDINGTON
                    United States District Judge