# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>KSE SPORTSMAN MEDIA, INC.<br><br>    Defendant. | Case No. 21-cv-11404-TLL-PTM<br><br>**HON. THOMAS L. LUDINGTON** |

## JOINT STATUS REPORT TO THE COURT

Plaintiffs Richard Pratt and Larry Jones ("Plaintiffs") and Defendant KSE Sportsman Media, Inc. ("KSE," together with Plaintiffs, the "Parties") state as follows:

Pursuant to the Court's December 20, 2022 Order (ECF No. 59), the Parties inform the Court that the case has not settled. The Parties will confer about a new case schedule and submit a proposed schedule for the remainder of the case on February 17, 2023.

February 3, 2023                                  Respectfully Submitted:

-2-

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Jonathan E. Lauderbach w/permission* |
| THE MILLER LAW FIRM, P.C. | WARNER NORCROSS + JUDD LLP |
| E. Powell Miller (P39487) | Jonathan E. Lauderbach (P51313) |
| Sharon S. Almonrode (P33938) | 715 East Main Street, Suite 110 |
| 950 W. University Drive, Suite 300 | Midland, MI 48640 |
| Rochester, MI 48307 | (989) 698-3701 |
| (248) 841-2200 | jlauderbach@wnj.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | MCAFEE & TAFT, P.C. |
| | Mary Quinn Cooper |
| BURSOR & FISHER, P.A. | Kathy R. Neal |
| Joseph I. Marchese (P85862) | Katie G. Crane |
| Philip L. Fraietta (P85228) | Williams Center Tower II |
| 888 Seventh Avenue | Two West Second Street, Suite 1100 |
| New York, New York 10019 | Tulsa, Oklahoma 74103 |
| (646) 837-7150 | (918) 587-0000 |
| jmarchese@bursor.com | maryquinn.cooper@mcafeetaft.com |
| pfraietta@bursor.com | kathy.neal@mcafeetaft.com |
| | katie.crane@mcafeetaft.com |
| HEDIN HALL LLP | |
| Frank S. Hedin | *Attorneys for Defendant* |
| Arun G. Ravindran | |
| 1395 Brickell Ave, Suite 1140 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |
| aravindran@hedinhall.com | |
| | |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                                    */s/ E. Powell Miller*
                                                    E. Powell Miller (P39487)
                                                    **THE MILLER LAW FIRM, P.C.**
                                                    950 W. University Dr., Ste. 300
                                                    Rochester, MI 48307
                                                    Tel: (248) 841-2200
                                                    epm@millerlawpc.com