UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Pratt, et al.,

                        Plaintiff(s),

v.                                                   Case No. 1:21–cv–11404–TLL–PTM
                                                      Hon. Thomas L. Ludington

Outdoor Sportsman Group, Inc.,
et al.,

                        Defendant(s),

## NOTICE OF TELEPHONIC MOTION HEARING

    PLEASE TAKE NOTICE that a telephonic motion hearing has been scheduled before District Judge Thomas L. Ludington for the following motion(s):

        Motion for Judgment – #44

- MOTION HEARING:  April 25, 2023 at 04:00 PM

    The call shall be initiated by .

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   In–Person Oral Argument may be Cancelled if the Court will be Ruling by Written Opinion.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                           By: s/K Winslow
                                                                                Case Manager

Dated:   February 7, 2023