UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Pratt, et al.,

                Plaintiff(s),

v.                                        Case No. 1:21−cv−11404−TLL−PTM
                                                      Hon. Thomas L. Ludington

Outdoor Sportsman Group, Inc.,
et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.  The following motion(s) are *rescheduled* for hearing:

    Motion for Judgment − #44

- MOTION HEARING:  April 25, 2023 at 04:00 PM

**ADDITIONAL INFORMATION:**   In−Person Oral Argument may be Cancelled if the Court will be Ruling by Written Opinion.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Winslow
                                                        Case Manager

Dated:  February 7, 2023