**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

RICHARD PRATT and LARRY JONES,
individually and on behalf of all others
similarly situated,

               Plaintiffs,

    v.

KSE SPORTSMAN MEDIA, INC.

               Defendant.

Case No. 21-cv-11404-TLL-PTM

## <u>STIPULATED ORDER TO EXTEND TIME TO FILE REPLY BRIEF</u>

Plaintiffs Richard Pratt and Larry Jones (collectively, "Plaintiffs") and Defendant KSE Sportsman Media, Inc. ("KSE," together with Plaintiffs, the "Parties") state as follows:

WHEREAS, on June 15, 2021, Plaintiffs filed the operative Class Action Complaint (ECF No. 1);

WHEREAS, on August 19, 2022, KSE filed a Motion to for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) ("the 12(c) Motion") (ECF No. 44);

WHEREAS, on September 9, 2022, Plaintiffs filed their Response in Opposition to KSE's 12(c) Motion (ECF No. 55);

WHEREAS, on September 20, 2022, the Court ordered the Case stayed until January 3, 2022 and held in abeyance KSE's 12(c) Motion (ECF No. 57);

WHEREAS, on December 20, 2022, the Court extended the stay and abeyance until January 27, 2022 (ECF No. 59);

WHEREAS, on February 3, 2023, the Parties informed the Court that the case had not settled (ECF No. 62);

WHEREAS, the Parties have conferred regarding the time for which KSE may file its Reply In Further Support of its 12(c) Motion, which is currently due to be filed on February 6, 2023.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record and subject to the Court's approval, that the time for KSE to file its Reply In Further Support of its 12(c) Motion be extended up to and including March 2, 2023.

SO ORDERED.

STIPULATED AND AGREED:


| /s/ E. Powell Miller | /s/ Jonathan E. Lauderbach |
|---|---|

THE MILLER LAW FIRM, P.C.
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

BURSOR & FISHER, P.A.
Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, New York 10019
(646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

HEDIN HALL LLP
Frank S. Hedin
Arun G. Ravindran
1395 Brickell Ave, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiffs*


Dated: February 3, 2023

WARNER NORCROSS + JUDD LLP
Jonathan E. Lauderbach (P51313)
715 East Main Street, Suite 110
Midland, MI 48640
(989) 698-3701
jlauderbach@wnj.com

MCAFEE & TAFT, P.C.
Mary Quinn Cooper
Kathy R. Neal
Katie G. Crane
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000
maryquinn.cooper@mcafeetaft.com
kathy.neal@mcafeetaft.com
katie.crane@mcafeetaft.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRATT and LARY JONES,
Individually and for all others similarly situated

                    Plaintiffs,                    Case No. 1:21-cv-11404

v.                                     Honorable Thomas L. Ludington
                                     United States District Judge

KSE SPORTSMAN MEDIA, INC.,

                    Defendant.

_____/

### ORDER DENYING ADJOURNMENT OF DEFENDANT'S REPLY DEADLINE

Having reviewed the Parties' above-attached Stipulation and Defendant's timely Reply, ECF No. 63, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Parties' Stipulated Motion to Adjourn Defendant's Reply Deadline is **DENIED AS MOOT**.

**This is not a final order and does not close the above-captioned case**.

Dated: February 7, 2023                s/Thomas L. Ludington
                                    THOMAS L. LUDINGTON
                                    United States District Judge