UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Pratt, et al.,

                  Plaintiff(s),

v.                                            Case No. 1:21–cv–11404–TLL–PTM
                                            Hon. Thomas L. Ludington

Outdoor Sportsman Group, Inc.,
et al.,

                  Defendant(s),

_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to United States Magistrate Judge Patricia T. Morris for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

        Motion for Judgment – #44


                                                  s/Thomas L. Ludington
                                                  Thomas L. Ludington
                                                  United States District Judge


### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


                                                    s/K Winslow
                                                  Case Manager