IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KSE SPORTSMAN MEDIA, INC., d/b/a OUTDOOR SPORTSMAN GROUP, INC.,<br><br>Defendant. | Case No. 21-cv-11404-TLL-PTM<br>Honorable Thomas L. Ludington<br>Honorable Patricia T. Morris |

## JOINT PROPOSED CASE SCHEDULE

Plaintiffs Richard Pratt and Larry Jones ("Plaintiffs") and Defendant KSE Sportsman Media, Inc. ("KSE," together with Plaintiffs, the "Parties"), pursuant to their February 3, 2023 Joint Status Report to the Court (ECF No. 62), submit the following proposed case schedule for the remainder of the case:

| Deadline | Previous Deadline (ECF No. 30) | Proposed New Deadline |
|---|---|---|
| Expert Disclosure, Plaintiff Served By: | Jan. 20, 2023 | June 19, 2023 |
| Expert Disclosure, Defendant Served by: | April 20, 2023 | Sept. 18, 2023 |
| Rule 26(a)(3)(B) Disclosures Filed By: | Jan. 23, 2024 | June 21, 2024 |

| | | |
|---|---|---|
| Class Certification Motion Filed By: | Jan. 20, 2023 | June 19, 2023 |
| Discovery Cutoff: | Nov. 18, 2023 | April 16, 2024 |
| Class Certification Motion Response Filed By: | April 20, 2023 | Sept. 18, 2023 |
| Class Certification Motion Reply Filed By: | June 16, 2023 | Nov. 13, 2023 |
| Plaintiff's Reply to Expert Report: | June 16, 2023 | Nov. 13, 2023 |
| Settlement Conference: | July 19, 2023 at 2:00 pm | To be set by the Court on a date after Dec. 18, 2023 |
| Motions Challenging Experts Filed By: | Aug. 22, 2023 | Jan. 19, 2024 |
| Dispositive Motions Filed By: | Oct. 17, 2023 | March 15, 2024 |
| Motions *in limine* Filed By: | Feb. 27, 2024 | July 26, 2024 |
| Pretrial Submissions By: | March 26, 2024 | Aug. 23, 2024 |
| Final Pretrial Conference: | April 9, 2023 at 2:00 pm | To be set by the Court on a date after Sept. 6, 2024 |
| Trial Date: | April 30, 2024 at 8:30 a.m. | To be set by the Court on a date after Dec. 5, 2024 |

WHEREFORE, the Parties request that the Court enter a Scheduling Order reflecting the above requested dates.

February 17, 2023                                          Respectfully Submitted:

| */s/ E. Powell Miller w/permission* | */s/ Jonathan E. Lauderbach* |
|---|---|
| THE MILLER LAW FIRM, P.C. | WARNER NORCROSS + JUDD LLP |
| E. Powell Miller (P39487) | Jonathan E. Lauderbach (P51313) |
| Sharon S. Almonrode (P33938) | 715 East Main Street, Suite 110 |
| 950 W. University Drive, Suite 300 | Midland, MI 48640 |
| Rochester, MI 48307 | (989) 698-3701 |
| (248) 841-2200 | jlauderbach@wnj.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | MCAFEE & TAFT, P.C. |
| | Mary Quinn Cooper |
| BURSOR & FISHER, P.A. | Kathy R. Neal |
| Joseph I. Marchese (P85862) | Katie G. Crane |
| Philip L. Fraietta (P85228) | Williams Center Tower II |
| 888 Seventh Avenue | Two West Second Street, Suite 1100 |
| New York, New York 10019 | Tulsa, Oklahoma 74103 |
| (646) 837-7150 | (918) 587-0000 |
| jmarchese@bursor.com | maryquinn.cooper@mcafeetaft.com |
| pfraietta@bursor.com | kathy.neal@mcafeetaft.com |
| | katie.crane@mcafeetaft.com |
| HEDIN HALL LLP | |
| Frank S. Hedin | *Attorneys for Defendant* |
| Arun G. Ravindran | |
| 1395 Brickell Ave, Suite 1140 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |
| aravindran@hedinhall.com | |
| | |
| *Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                          */s/ Jonathan E. Lauderbach*
                                          WARNER NORCROSS + JUDD LLP
                                          Jonathan E. Lauderbach (P51313)
                                          715 East Main Street, Suite 110
                                          Midland, MI 48640
                                          (989) 698-3701
                                          jlauderbach@wnj.com