# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION

| | |
|---|---|
| RICHARD PRATT and LARRY JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>KSE SPORTSMAN MEDIA, INC., d/b/a OUTDOOR SPORTSMAN GROUP, INC.,<br><br>        Defendant. | Case No. 21-cv-11404-TLL-PTM<br>Honorable Thomas L. Ludington<br>Honorable Patricia T. Morris |

## DEFENDANT'S WITHDRAWAL OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant KSE Sportsman Media, Inc. ("KSE") respectfully withdraws its Motion for Judgment on the Pleadings, ECF No. 44.

Dated: February 22, 2023     Respectfully submitted,

                                  */s/ Jonathan E. Lauderbach*
                                  Jonathan E. Lauderbach (P51313)
                                  WARNER NORCROSS + JUDD LLP
                                  715 East Main Street, Suite 110
                                  Midland MI  48640
                                  (989) 698-3701
                                  jlauderbach@wnj.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

    Respectfully submitted,

    */s/ Jonathan E. Lauderbach*
    Jonathan E. Lauderbach (P51313)
    WARNER NORCROSS + JUDD LLP
    715 East Main Street, Suite 110
    Midland MI  48640
    (989) 698-3701
    jlauderbach@wnj.com