UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISON

RICHARD PRATT and LARRY JONES,

        Plaintiffs,                        Case No. 1:21-cv-11404

v.                                          Honorable Thomas L. Ludington
                                            United States District Judge

KSE SPORTSMAN MEDIA, INC.,
d/b/a Outdoor Sportsman Group, Inc.,

        Defendant.
_____/

**ORDER ADJOURNING SCHEDULING ORDER**

        Having reviewed the Parties' Joint Proposed Case Schedule, ECF No. 68, and this Court otherwise being fully advised in the premises:

        It is **ORDERED** that the Scheduling Order is **ADJOURNED** as follows:

| | |
|---|---|
| Defendant's Expert Disclosures: | April 17, 2023; |
| Class Certification Motion: | April 17, 2023; |
| Rule 26(a)(3)(B) Disclosures: | April 19, 2023; |
| Plaintiff's Expert Disclosures: | June 19, 2023; |
| Class Certification Response: | June 19, 2023; |
| Class Certification Reply: | July 3, 2023; |
| Plaintiff's Reply to Expert Report: | July 3, 2023; |
| Settlement Conference: | July 26, 2023, at 3:00 PM EDT; |
| Motions Challenging Experts: | September 11, 2023; |
| Discovery Cutoff: | November 13, 2023; |
| Dispositive Motions: | December 18, 2023; |
| Motions *in limine*: | April 8, 2024; |
| Pretrial Submissions: | May 6, 2024; |
| Final Pretrial Conference: | September 10, 2024, at 2:00 PM EDT; |
| Jury Trial Date: | October 1, 2024, at 8:30 AM EDT. |

        **This is not a final order and does not close thee above-captioned case**.


Dated: February 23, 2023                      s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                    United States District Judge