UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and for all others similarly situated,

        Plaintiffs,                 Case No. 1:21-cv-11404

v.                                     Honorable Thomas L. Ludington
                                        United States District Judge

KSE SPORTSMAN MEDIA, INC., d/b/a
OUTDOOR SPORTSMAN GROUP, INC.,

        Defendant.
_____/

**ORDER DIRECTING SUPPLEMENTAL BRIEFING**

On June 15, 2021, Plaintiffs filed a class action under Michigan's Personal Privacy Protection Act. ECF No. 1. On April 7, 2023, the Parties filed a Stipulation of Dismissal with prejudice. ECF No. 71.

Accordingly, it is **ORDERED** that the Parties are **DIRECTED** to file joint supplemental briefing **on or before 5:00 PM EDT on April 10, 2023,** explaining whether they entered a settlement.

Dated: April 10, 2023                               s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                     United States District Judge