UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and for all others similarly situated,

        Plaintiffs,                      Case No. 1:21-cv-11404

v.                                            Honorable Thomas L. Ludington
                                               United States District Judge

KSE SPORTSMAN MEDIA, INC., d/b/a
OUTDOOR SPORTSMAN GROUP, INC.,

        Defendant.
_____/

**ORDER ADJOURNING SCHEDULING ORDER**

Having reviewed the Parties' Stipulations of Dismissal and the Orders striking them, ECF Nos. 71–76, finding good cause, and this Court otherwise being fully advised in the premises:

It is **ORDERED** that the Scheduling Order is **ADJOURNED** as follows:

Defendant's Expert Disclosures: July 17, 2023;
Class Certification Motion: July 17, 2023;
Rule 26(a)(3)(B) Disclosures: July 19, 2023;
Plaintiff's Expert Disclosures: September 18, 2023;
Class Certification Response: September 18, 2023;
Class Certification Reply: October 2, 2023;
Plaintiff's Reply to Expert Report: October 2, 2023;
Settlement Conference: October 25, 2023, at 3:00 PM EDT;
Motions Challenging Experts: December 11, 2023;
Discovery Cutoff: February 12, 2024;
Dispositive Motions: March 18, 2024;
Motions in limine: July 8, 2024;
Pretrial Submissions: August 5, 2024;
Final Pretrial Conference: September 10, 2024, at 2:00 PM EDT;
Jury Trial Date: October 1, 2024, at 8:30 AM EDT.

**This is not a final order and does not close the above-captioned case.**

Dated: April 19, 2023                                    s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge