UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD PRATT and LARRY JONES,
individually and for all others similarly situated,

        Plaintiffs,                    Case No. 1:21-cv-11404

v.                                            Honorable Thomas L. Ludington
                                                United States District Judge

KSE SPORTSMAN MEDIA, INC., d/b/a
OUTDOOR SPORTSMAN GROUP, INC.,

        Defendant.
_____/

**STIPULATED ORDER TO SUSPEND DEADLINES PENDING APPROVAL OF CLASS-ACTION SETTLEMENT**

Plaintiffs Richard Pratt and Larry Jones (collectively, "Plaintiffs") and Defendant KSE Sportsman Media, Inc. ("KSE," together with Plaintiffs, the "Parties") state as follows:

WHEREAS, on April 19, 2023, the Court issued an Order Adjourning the Scheduling Order (ECF No. 77), which set a deadline of July 17, 2023 for Plaintiffs to file a motion for class certification;

WHEREAS, the Parties have reached agreement on a class action settlement of this matter and are in the process of finalizing the Settlement Class List;

WHEREAS, the Parties will complete that process in the next thirty days, and Plaintiffs will be able to file a motion for preliminary approval of the class action settlement by August 17, 2023.

Accordingly, it is **ORDERED** that:

1.      Plaintiffs are **DIRECTED** to file a motion for preliminary approval of class-action settlement **on or before August 17, 2023**.

- 2 -

2.      The Scheduling Order, ECF No. 77, is **ADJOURNED** pending this Court's consideration of the imminent motion for preliminary approval of class-action settlement.

**This is not a final order and does not close the above-captioned case**.

Dated: July 13, 2023                                    s/Thomas L. Ludington
                                                                                 THOMAS L. LUDINGTON
                                                                                 United States District Judge

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Jonathan E. Lauderbach w/consent* |
| THE MILLER LAW FIRM, P.C. | WARNER NORCROSS + JUDD LLP |
| E. Powell Miller (P39487) | Jonathan E. Lauderbach (P51313) |
| Sharon S. Almonrode (P33938) | 715 East Main Street, Suite 110 |
| 950 W. University Drive, Suite 300 | Midland, MI 48640 |
| Rochester, MI 48307 | (989) 698-3701 |
| (248) 841-2200 | jlauderbach@wnj.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | MCAFEE & TAFT, P.C. |
| | Mary Quinn Cooper |
| BURSOR & FISHER, P.A. | Kathy R. Neal |
| Joseph I. Marchese (P85862) | Katie G. Crane |
| Philip L. Fraietta (P85228) | Williams Center Tower II |
| 1330 Avenue of the Americas, 32nd Floor | Two West Second Street, Suite 1100 |
| New York, New York 10019 | Tulsa, Oklahoma 74103 |
| (646) 837-7150 | (918) 587-0000 |
| jmarchese@bursor.com | maryquinn.cooper@mcafeetaft.com |
| pfraietta@bursor.com | kathy.neal@mcafeetaft.com |
| | katie.crane@mcafeetaft.com |
| HEDIN HALL LLP | |
| Frank S. Hedin | *Attorneys for Defendant* |
| Arun G. Ravindran | |
| 1395 Brickell Ave, Suite 1140 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |
| aravindran@hedinhall.com | |

*Attorneys for Plaintiffs*

Dated: July 13, 2023