## **Index of Exhibits**

Exhibit A- Declaration of E. Powell Miller in Support of Plaintiffs' Unopposed Motion For Preliminary Approval of Class Action Settlement

Exhibit B- Proposed Order