## **INDEX OF EXHIBITS**

A. Declaration of E. Powell Miller in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Award

B. Declaration of Philip L. Fraietta in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Award

C. Declaration of Frank S. Hedin in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Award

D. Declaration of Plaintiff Richard Pratt

E. Declaration of Plaintiff Larry Jones

F. *Loftus v. Outside Integrated Media, LLC*, Transcript of Aug. 9, 2022 hearing on Plaintiff's Motion for Final Approval of Class Action Settlement