# Exhibit F

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
 2                      SOUTHERN DIVISION

 3
     JOHN LOFTUS, individually and
 4   on behalf of all others
     similarly situated,
 5
              Plaintiff,
 6
     -v-                                    Case No. 21-cv-11809
 7
     OUTSIDE INTEGRATED MEDIA, LLC,
 8
              Defendant.
 9   _____/

10

11              MOTION FOR FINAL APPROVAL
             OF CLASS ACTION SETTLEMENT and
12            FOR ENTRY OF FINAL JUDGMENT

13           BEFORE JUDGE MARK A. GOLDSMITH

14      All Parties Appearing Via Zoom Teleconference

15              Tuesday, August 9th, 2022.

16

17
     APPEARANCES:
18
     FOR THE PLAINTIFF:      PHILIP L. FRAIETTA
19                           Bursor & Fisher, P.A.
                             888 Seventh Avenue
20                           New York, NY  10019

21
     FOR THE PLAINTIFF:      FRANK S. HEDIN
22                           Hedin Hall, LLP
                             1395 Brickell Avenue
23                           Suite 1140
                             Miami, FL  33131
24

25
```

```
 1    (Appearances, continued):

 2
      FOR THE PLAINTIFF:      GREGORY A. MITCHELL
 3                            The Miller Law Firm, P.C.
                              950 West University Drive
 4                            Suite 300
                              Rochester, MI   48307
 5

 6    FOR THE DEFENDANT:      KRISTEN C. RODRIGUEZ
                              Dentons, US LLP
 7                            233 South Wacker Drive
                              Suite 5900
 8                            Chicago, IL   60606

 9
      FOR THE DEFENDANT:      PETER B. KUPELIAN
10                            Clark Hill PLC
                              151 South Old Woodward Avenue
11                            Suite 200
                              Birmingham, MI   48009
12

13

14    David B. Yarbrough, CSR, RMR, FCRR
      Official Court Reporter
15    (313) 234-2619

16

17

18

19

20

21

22

23

24

25
```

TABLE OF CONTENTS

PAGE

WITNESSES:

NONE

EXHIBITS

NONE

```
 1              Detroit, Michigan.
 2              Tuesday, August 9th, 2022
 3              At or about 10:07 a.m.
 4                      --      ---      --
 5          THE CLERK OF THE COURT:  Calling case number
 6   21-11809, Loftus versus Outside Integrated Media, LLC.
 7   Counsel, please place your appearances on the record.
 8          MR. FRAIETTA:  Good morning, your Honor.  Phil
 9   Fraietta of Bursor and Fisher for plaintiff in the class.
10          MR. HEDIN:  Good morning.  Frank Hedin also for the
11   plaintiff in the class.
12          MR. MITCHELL:  Gregory Mitchell from the Miller Law
13   Firm, plaintiff in the class.
14          MS. RODRIGUEZ:  Good morning, your Honor.  Kristen
15   Rodriguez for defendant.
16          MR. KUPELIAN:  Good morning, your Honor.  Peter
17   Kupelian, Clark Hill for the defendant as well.
18          THE COURT:  All right.  Good morning, everybody.  We
19   are conducting this Zoom hearing today on a motion to approve
20   the settlement, final approval and also there's a motion for
21   attorney's fees and costs, so I'll let plaintiffs lead off.
22          MR. FRAIETTA:  Yes.  Thank you, your Honor.  I'll be
23   brief.  As you said, we're here to finally approve this
24   class-action settlement.  The settlement provides for a
25   non-reversionary common fund just under a million dollars, it
```

```
 1   as $998,406.92 to be exact.
 2            THE COURT:  Just a moment, pardon me.  I see our
 3   court reporter is having little difficulty hearing.  Let's go
 4   off the record for a second.
 5            (Off the record)
 6            THE COURT:  Okay.  Let's try this again.  Let's go
 7   back on the record.  Go ahead.
 8            MR. FRAIETTA:  Yes, thank you.  Your Honor, so as I
 9   was saying we're here on final approval of a class-action
10   settlement.  The settlement provides for non-reversionary
11   common fund of just under a million dollars.  It's 998,00 and
12   change to be exact.  The court-approved notice plan was
13   administered and 99.75 percent, nearly 100 percent of the class
14   received direct notice of the settlement and the reaction was
15   overwhelmingly positive.  Zero class members objected; zero
16   asked to be excluded.
17            We are projecting that each class member will
18   automatically receive 50 dollars.  This settlement did not
19   require class members to file claims so unlike most class
20   action settlements where northwards of 90 percent of class
21   members receive nothing, that's not the case here.  Everybody's
22   going to automatically receive 50 dollars as long as they did
23   not opt out and because nobody opted out, everyone's going to
24   receive about 50 bucks.  So we believe the settlement is well
25   within the reasonable.  Papers point two a number of prior
```

1  settlements that have been reached under this statute.  We
2  believe that this settlement outperforms those both in total
3  compensation and structure on a per-class-member basis.
4      In connection with the settlement, we also requested
5  attorney's fees of 35 percent of the settlement fund.  That
6  percentage is also consistent with precedent in this district.
7  We cited a number of cases including Kinder v. Meredith,
8  Kokosvki v. Playboy and Perlin v. Time where requests are of 35
9  percent or in the case of Time, 40 percent were approved by
10 courts in this district so we believe that our fee request is
11 justified here especially in light of the substantial result
12 that we were able to negotiate for class members in an
13 efficient manner as well.
14     As the Court noted at the preliminary approval
15 hearing, this is not a matter where plaintiff's counsel and
16 defense counsel spent needless effort on litigation.  We
17 recognized this case could settle, we proceeded to mediation
18 promptly and were able to work it out on terms that I believe
19 are very favorable for the class, so we submit that this
20 settlement and attorney's fee request should be approved.
21     We submitted a proposed order which if the Court
22 signs the proposed order will approve the settlement and fee
23 request and everything in connection with that, so we, we
24 respect the Court sign that order and we can begin
25 administering the payments to the class members.

```
 1              THE COURT:  All right.  Do we need to hear from any
 2   other plaintiffs' attorneys?
 3              MR. HEDIN:  No, your Honor.
 4              THE COURT:  All right.  Let's turn it over to the
 5   defense.  Anything for the defense side?
 6              MS. RODRIGUEZ:  Your Honor, Kristen Rodriguez for the
 7   record.  We have nothing further to add to Mr. Fraietta's
 8   comments.  We support final approval of the settlement.
 9              THE COURT:  All right.  Well, I have reviewed the
10   papers that have been submitted and I do approve the
11   settlement.  I think both sides have done very good work in
12   trying to bring this matter to a very prompt conclusion without
13   unnecessary attorney time and I think the class has benefited
14   in a concrete way and the extent of the class participation is
15   impressive and the attorneys representing the class are to be
16   congratulated on their very effective work on behalf of the
17   class.  I do think the settlement is a fair and reasonable one.
18              I also think the attorney fee request is reasonable
19   as well.  The attorneys did work very hard pre-suit and after
20   suit.  I know there were mediation efforts that obviously bore
21   fruit here and I think the request for 35 present is in line
22   with what other courts have approved and especially in this
23   context where the lawyers did produce significant results for
24   the class in very short order.  I think they should be rewarded
25   appropriately for having done a very effective job as class
```

```
 1   counsel, so I'm going to approve the request for fees and costs
 2   and the costs were reasonable as well.  Is there anything else
 3   that we need to address on the record at this time?
 4             MR. FRAIETTA:  No, nothing further from plaintiffs,
 5   your Honor.  Thank you.
 6             MR. HEDIN:  Your Honor, this is frank Hedin, if I may
 7   be heard?  The named class representative additionally
 8   requested a service award.  That's also before the Court for
 9   approval as well I believe.
10             THE COURT:  Yes, I'm approving that as well.  I did
11   not mention that expressly, but I did see that request and I
12   think it's appropriate.  The class representative was effective
13   and did work along side the lawyers to bring about this result
14   for the class and the request for 5,000 dollars is an
15   appropriate request under all the circumstances, so I'll
16   approve that as well.  All right.  I think then anything for
17   the defense that we need to address?
18             MS. RODRIGUEZ:  Nothing for the defense, your Honor.
19   Thank you for allowing us to conduct this hearing via Zoom.
20             THE COURT:  All right.  My pleasure and again I want
21   to thank the lawyers for doing a very professional job on all
22   sides here.  I think you folks are the role models for your
23   colleagues out there.  I think when lawyers work together, they
24   can bring about resolution in an effective and prompt way and I
25   think that's a great benefit to their clients' benefit and I
```

```
 1   think that also serves administration of justice.  So
 2   congratulations for bringing that about.
 3            I do want to thank Mr. Yarbrough for his fine work as
 4   always as our court reporter and to Ms. Roat whose seat I'm now
 5   occupying actually.  My little name plate up there
 6   misidentifies me, but I'm filling a very big seat here.  She's
 7   been a terrific law clerk for me and I want to thank her
 8   publicly for her assistance in this matter.  Thank you all.
 9   Have a great day.  That concludes our hearing.  Thank you.
10            MR. FRAIETTA:  Thank you, your Honor.
11            MS. RODRIGUEZ:  Thank you, your Honor.
12            (Hearing concluded at 10:17 a.m.)
13                           --    ---    --
14
15
16
17
18
19
20
21
22
23
24
25
```

1 <u>C E R T I F I C A T E</u>

7    I, David B. Yarbrough, Official Court
8 Reporter, do hereby certify that the foregoing pages
9 comprise a true and accurate transcript of the
10 proceedings taken by me in this matter on Tuesday,
11 August 9th, 2022.

16 <u>9/8/2022</u>                    <u>/s/ David B. Yarbrough</u>
17 Date                          David B. Yarbrough,
                                 (CSR, RPR, FCRR, RMR)
18                               231 W. Lafayette Blvd.
                                 Detroit, MI  48226