## **INDEX OF EXHIBITS**

A-   Declaration of E. Powell Miller in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

B-   Declaration of Ryan Bahry Regarding Settlement Administration

C-   Declaration of Plaintiff Richard Pratt

D-   Declaration of Plaintiff Larry Jones

E-   [Proposed] Final Judgment and Order of Dismissal With Prejudice